UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>UNITED STATES DEPARTMENT OF LABOR, and JULIE SU in her official capacity Acting United States Secretary of Labor, and<br><br>　　　　　　Defendants. | No. 2:24-cv-00637<br><br>DECLARATION OF MARSHALL STEINBAUM |

I, Marshall Steinbaum, declare under penalty of perjury under the laws of the United States and the State of Washington:

1.　I am an Assistant Professor of Economics at the University of Utah. My research expertise concerns wage-setting, regulation, and market structure in imperfectly-competitive labor markets. My academic work on those subjects has been published in the Journal of Human Resources, Labour Economics, Research in Labor Economics, Journal of Economic Literature, University of Chicago Law Review, Antitrust Bulletin, and Law and Contemporary Problems, among others.

2. I am being compensated by Columbia Legal Services for my time. My compensation is not contingent on my opinions or on the outcome of the case.

3. Attached hereto as Exhibit A is a copy of my expert report regarding 20 C.F.R. § 655.120(c)(1)(ix), a provision of the prevailing-wage-finding regulations for the H-2A program.

4. Attached hereto as Exhibit B is a copy of my Curriculum Vitae.

DATED this 29th day of April, 2024, at Salt Lake City, UT.

*/s/ Marshall Steinbaum*
Marshall Steinbaum

DECLARATION OF MARSHALL STEINBAUM- 2

COLUMBIA LEGAL SERVICES
711 Capitol Way S., Suite 706
Olympia, WA 98501
(360) 943-6260