# EXHIBIT B

Last updated: April 29, 2024

# Marshall Steinbaum

University of Utah
Department of Economics
260 Central Campus Drive, Suite 4100
Salt Lake City, UT 84112

Email:       marshall.steinbaum@utah.edu
Homepage:    https://marshallsteinbaum.org/

## Education

Ph.D. Economics, University of Chicago, 2014

B.A. (Honors) Philosophy, Politics, and Economics, Oxford University, 2005

## Employment

Assistant Professor of Economics, University of Utah, 2019-present

Senior Fellow in Higher Education Finance, Jain Family Institute, 2019-present

Research Director, Roosevelt Institute, 2016-2019

Research Economist, Washington Center for Equitable Growth, 2014-2016.

## Research Interests

Labor Economics, Empirical Industrial Organization, Antitrust, Higher Education, Student Debt, History of Economic Thought

## Academic Publications

1. Callaci, Brian, Sérgio Pinto, Marshall Steinbaum, and Matt Walsh (2023). Vertical Restraints and Labor Markets in Franchised Industries. *Research in Labor Economics*, Volume 52 on "Big Data in Labor Market Research." (Forthcoming)

2. Pinto, Sérgio and Marshall Steinbaum (2023). The long-run impact of the Great Recession on student debt. *Labour Economics* 85, #102449.

3. Peterson, Christopher and Marshall Steinbaum (2023). Coercive Rideshare Practices: At the Intersection of Antitrust and Consumer Protection Law in the Gig Economy. *University of Chicago Law Review* 90 (2) 623-658.

4. Azar, José, Ioana E. Marinescu, and Marshall Steinbaum (2022). Labor Market Concentration. *Journal of Human Resources* 57 (S) S167-S199.
   *JHR Highly Cited Paper Award for 2022.*

5. Steinbaum, Marshall (2022). Establishing Market and Monopoly Power in Tech Platform Antitrust Cases. *Antitrust Bulletin* 67 (1), 130–145.

6. Mueller, J. Tom, Jesse E. Shircliff, and Marshall Steinbaum (2022). Market Concentration and Natural Resource Development in Rural America. *Rural Sociology* 87 (1), 68–93.

7. Steinbaum, Marshall. (2021). Common Ownership and the Corporate Governance Channel for Employer Power in Labor Markets. *Antitrust Bulletin* 66 (1), 123–139.

8. Azar, José, Ioana E. Marinescu, Marshall Steinbaum, and Bledi Taska. (2020). Concentration in US Labor Markets: Evidence from Online Vacancy Data. *Labour Economics* 66.
   *Awarded best paper published in Labour Economics in 2020.*

9. Steinbaum, Marshall and Maurice Stucke (2020). The Effective Competition Standard: a New Standard for Antitrust. *University of Chicago Law Review* 83, 889–931.

10. Steinbaum, Marshall. (2019). Antitrust, the Gig Economy, and Labor Market Power. *Law and Contemporary Problems* 82 (2), 45–64.

11. Azar, José, Ioana E. Marinescu, and Marshall Steinbaum (2019). Measuring Labor Market Power Two Ways. *American Economic Association Papers and Proceedings* 109, 317–321.

12. Steinbaum, Marshall and Bernard A. Weisberger (2018). A History of Economics Hubris. *History of Economic Ideas* 5, 531–554.

13. Steinbaum, Marshall and Bernard A. Weisberger (2017). The Intellectual Legacy of Progressive Economics: A Review Essay of Thomas C. Leonard's Illiberal Reformers. *Journal of Economic Literature* 55 (3), 1064–1083.

## Books

1. Boushey, Heather, J. Bradford DeLong, and Marshall Steinbaum, eds. (2017). After Piketty: the Inequality Agenda post-*Capital in the Twenty-First Century*. Harvard University Press.
   Authored chapter: "Inequality and the Rise of Social Democracy: an Ideological History."

## Working Papers

1. Callaci, Brian, Matthew Gibson, Sérgio Pinto, Marshall Steinbaum, and Matt Walsh (2023). The Effect of Franchise No-poaching Restrictions on Worker Earnings.
   Revise & Resubmit, *Review of Economics and Statistics*

2. Compton, Chris, Enas Farag, and Marshall Steinbaum (2024). A Retrospective Analysis of the Acquisition of Target's Pharmacy Business by CVS Health: Labor Market Perspective.

3. Steinbaum, Marshall (2023). Evaluating the Competitive Effect of the Proposed Kroger-Albertsons Merger in Labor Markets.

## Selected Non-Academic Publications and Book Reviews

1. Beamer, Laura and Marshall Steinbaum (2023). America's Student Loans Were Never Going to Be Repaid. *New York Times* Opinion

2. Nilaj, Eduard, Sérgio Pinto, Marshall Steinbaum, and Laura Beamer (2023). The Repayment Pause and the Continuing Crisis of Non-repayment. Jain Family Institute

3. Steinbaum, Marshall (2022). Review of *Thinking Like an Economist* by Elizabeth Popp Berman. *Law and Political Economy Blog*

4. Steinbaum, Marshall (2021). Review of *The Education Trap* by Cristina Groeger and *Let's Be Reasonable* by Jonathan Marks. *Boston Review*

5. Pinto, Sérgio Pinto and Marshall Steinbaum (2021). Hysteresis and Student Debt. *Phenomenal World*

6. Steinbaum, Marshall (2020). The Student Debt Crisis is a Crisis of Non-Repayment. *Phenomenal World*

7. Steinbaum, Marshall (2020). Review of *Capital and Ideology* by Thomas Piketty. *Boston Review*

8. Goldrick-Rab, Sara and Marshall Steinbaum (2020). Effective Treatment for the Student Debt Crisis Requires an Accurate Diagnosis. *Journal of Policy Analysis and Management*

9. Steinbaum, Marshall (2019). Review of *The Economists' Hour* by Binyamin Appelbaum. *Boston Review*

10. Steinbaum, Marshall (2017). Review of *Democracy in Chains* by Nancy Maclean. *Boston Review*

11. Steinbaum, Marshall (2017). Review of *Conservative Parties and the Birth of Democracy* by Daniel Ziblatt. *Jacobin*

12. Konczal, Mike and Marshall Steinbaum (2016). Declining Entrepreneurship, Labor Mobility, and Business Dynamism: A Demand-Side Approach. Roosevelt Institute.

13. Steinbaum, Marshall (2016). Review of *Global Inequality: A New Approach for the Age of Globalization* by Branko Milanovic. *ILR Review*

## Grants

Jiménez, Dalié (PI), Jonathan Glater (co-PI) and Marshall Steinbaum (co-PI). The Effect of Pandemic Interventions on the Financial Health of California Student Borrowers. $200,000.

Marshall Steinbaum (PI). Analyzing Labor Market Competition in Merger Review. $33,000

Callaci, Brian and Marshall Steinbaum (co-PIs). The Effect of Buyer Power on Occupational Injuries and Illness at Upstream Suppliers. $30,000.

## Editorial Service

Referee for *American Economic Review*, *AER Insights*, *Journal of Economic Literature*, *Journal of Human Resources*, *Labour Economics*, *ILR Review*, *Research Policy*, *Economic Inquiry*, *Journal of Economic Behavior and Organization*, *Scandinavian Journal of Economics*, *Yale Law Journal*, *Journal of Antitrust Enforcement*, *Regulation & Governance*, *Review of Social Economy*, *Health Affairs*, *Oxford Economic Papers*, *History of Economic Ideas*, *Journal of Labor Research*, *Journal of Economic Issues*, National Science Foundation

## Invited Seminars & Presentations

**2024** University of Victoria, Columbia University Graduate School of Journalism

**2023** Ministry of Education of Chile

**2022** American University, University of Chicago Law School

*Marshall Steinbaum* 4

**2021** Department of Justice Antitrust Division, Marriner S. Eccles Institute for Economics and Quantitative Analysis, Information and Society Project (Yale Law School), Brooklyn Law School, Fordham Law School, Ewing Marion Kauffman Foundation, Brookings Institution

**2019** Federal Trade Commission Bureau of Economics, Heller School for Social Policy and Management (Brandeis University)

**2018** American University, Urban Institute, Brookings Institution

**2017** University of California Santa Barbara History Department, George Mason University American Studies Department

**2016** Federal Reserve Bank of Philadelphia, United States Census Center for Economic Studies

## Conference Presentations

**2024** International Industrial Organization Conference, American Law and Economics Association

**2023** International Industrial Organization Conference, Eastern Economic Association

**2022** Society of Labor Economists, University of Nebraska Lincoln Clark-England Labor Economics Conference

**2021** Department of Justice/Federal Trade Commission "Making Competition Work: Promoting Competition in Labor Markets"

**2020** Law and Political Economy Project (Yale Law School–postponed to 2021), University of California, Santa Barbara (postponed to 2021)

**2019** Department of Justice Antitrust Division, OECD Competition Committee, University of Chicago Law School, Duke University Law School, International Industrial Organization Conference, ASSA-American Economic Association Annual Meeting, Boston College

**2018** Boston University