UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF LABOR, and JULIE SU in her official capacity Acting United States Secretary of Labor,<br><br>Defendants. | No. 2:24-cv-00637<br><br>DECLARATION OF PHILIP MARTIN |

I, Philip Martin, declare under penalty of perjury under the laws of the United States and the State of Washington:

1. I am Professor Emeritus of Agricultural and Resource Economics at UC Davis, and have been analyzing farm labor data, farm employment, and farm labor issues for over four decades. I make this declaration on behalf of Columbia Legal Services. I have been qualified as an expert in several farm labor cases, testified before Congress on the H-2A program, and was hired by DOL's Office of Foreign Labor Certification on several occasions to assess various aspects of the H-2A program. I am being compensated by Columbia Legal Services, and my compensation is not contingent on my opinions or on the outcome of the case.

DECLARATION OF PHILIP MARTIN- 1

COLUMBIA LEGAL SERVICES
711 Capitol Way S., Suite 706
Olympia, WA 98501
(360) 943-6260

2. A copy of my expert report, regarding AEWRs and piece rates in the H-2A program, is attached as Exhibit A.

3. A copy of my Curriculum Vitae, which includes a list of my publications, is attached as Exhibit B.

DATED this 3rd day of May, 2024 at Davis, California.



_____
Philip Martin

DECLARATION OF PHILIP MARTIN- 2

COLUMBIA LEGAL SERVICES
711 Capitol Way S., Suite 706
Olympia, WA 98501
(360) 943-6260