# EXHIBIT B

**PHILIP L. MARTIN**
Department of Agricultural and Resource Economics
1 Shields Avenue
University of California, Davis, CA  95616
plmartin@ucdavis.edu  OR http://martin.ucdavis.edu

## EDUCATION

Ph.D. in Economics and Agricultural Economics, University of Wisconsin, Madison (1975)

Fulbright-Foreign Area Fellow, University Goettingen and Muenchen (1973-74)

M.A. in Economics, University of Wisconsin, Madison (1973)

M.S. in Agricultural Economics, University of Wisconsin, Madison (1972)

B.A. in Economics (Phi Beta Kappa), University of Wisconsin, Madison (1971)

## RESEARCH INTERESTS

Managing Migration; Farm Labor; Economic Development; Labor Economics and Labor Relations

## EXPERIENCE

*Professor* of Agricultural and Resource Economics, University of California, Davis, 1985-2016

*Chair*, UC Comparative Immigration and Integration Program, and *Editor* of Migration News and Rural Migration News, http:// migration.ucdavis.edu 1993-2015

*Co-Chair*, Cooperative Efforts to Manage Emigration (CEME) Project, (http://migration.ucdavis.edu/ceme/index.html ) 2000-2004  and  Transatlantic Learning Community Migration Project, (http://www.transatlanticnet.de/), 1998-2000.

*Economist,* International Monetary Fund, Washington, DC, for studies of international migration and remittances, 1996-97.

*Visiting Fellow,* Institute for International Economics, Washington, DC,  for studies of NAFTA and migration, 1993-1996

*Commissioner*, Commission on Agricultural Workers established by the Immigration Reform and Control Act of 1986, 1988–1993

*Economist*, the Select Commission on Immigration and Refugee Policy, (SCIRP), Washington, DC, 1979-1980

*Economist*, the Brookings Institution, Washington, DC, 1978-79.

2

Philip L. Martin
**Books and Monographs**

1. Martin, Philip. 2023. Bracero 2.0: Mexican Workers in North American Agriculture. Oxford University Press.
2. Castillo, Marcelo, Philip Martin, and Zach Rutledge. 2022. The H-2A Program in 2020. USDA ERS EIB 238. August. https://www.ers.usda.gov/publications/pub-details/?pubid=104605
3. Calvin, Linda, Philip Martin and Skyler Simmitt. 2022. Adjusting to Higher Labor Costs in Selected U.S. Fresh Fruit and Vegetable Industries USDA ERS EIB 235. July. https://www.ers.usda.gov/publications/pub-details/?pubid=104217. Supplement AP-103. https://www.ers.usda.gov/publications/pub-details/?pubid=104224
4. Martin, Philip. 2021. The Prosperity Paradox:  Fewer and More Vulnerable Farm Workers. Oxford University Press. https://global.oup.com/academic/product/the-prosperity-paradox-9780198867845?lang=en&cc=us
5. Costa, Daniel, Philip Martin, and Zachariah Rutledge. 2020. Federal labor law enforcement in agriculture. EPI. https://www.epi.org/publication/federal-labor-standards-enforcement-in-agriculture-data-reveal-the-biggest-violators-and-raise-new-questions-about-how-to-improve-and-target-efforts-to-protect-farmworkers/
6. Martin, Philip. 2020. Policies Toward Low-Skilled Migrants. Pp153 in Biffl, Gudrun and Philip Martin. Eds. 2020. Integrating Low-Skilled Migrants in the Digital Age: European and US Experience. Donau University Press. https://door.donau-uni.ac.at/view/o:982
7. Martin, Philip. 2020. Immigration and Farm Labor. Challenges and Opportunities. Chapter 4 in Martin, Philip, Rachael Goodhue, and Brian Wright. Eds. 2020. California Agriculture: Dimensions and Issues Giannini Foundation. https://giannini.ucop.edu/publications/cal-ag-book/
8. Escobar, Agustin, Philip Martin, Omar Starbridis. 2019. Farm Labor and Mexico's Export Produce Industry. Wilson Center. www.wilsoncenter.org/publication/farm-labor-and-mexicos-export-produce-industry
9. Costa, Daniel and Philip Martin. 2018. Temporary labor migration programs. Economic Policy Institute. www.epi.org/publication/temporary-labor-migration-programs-governance-migrant-worker-rights-and-recommendations-for-the-u-n-global-compact-for-migration/
10. Martin, Philip. 2017. Merchants of Labor: Recruiters and International Labor Migration. Oxford University Press. https://global.oup.com/academic/product/merchants-of-labor-9780198808022?cc=us&lang=en&
11. Martin, Philip. 2020. Immigration and Farm Labor. Challenges and Opportunities. Chapter 4 in Martin, Philip, Rachael Goodhue, and Brian Wright. Eds. 2020. California Agriculture: Dimensions and Issues Giannini Foundation. https://giannini.ucop.edu/publications/cal-ag-book/
12. Martin, Philip. 2016. Migrant Workers in Commercial Agriculture. ILO. http://www.ilo.org/global/topics/labour-migration/publications/WCMS_538710/lang--en/index.htm
13. Abella, Manolo and Philip Martin. 2016. Guide to Measuring migration policy impacts in ASEAN. ILO. www.ilo.org/asia/whatwedo/publications/WCMS_461880/lang--en/index.htm
14. Martin, Philip and Manolo Abella. 2014. Reaping the economic and social benefits of labour mobility: ASEAN 2015. ILO . November. www.ilo.org/asia/whatwedo/publications/WCMS_321003/lang--en/index.htm

15. Martin, Philip L. 2013. The Global Challenge of Managing Migration. Population Reference Bureau. November. Vol 68 No 2. www.prb.org/Publications/Reports/2013/global-migration.aspx

16. Martin, Philip and Edward Taylor. 2013. Ripe with Change: Evolving Farm Labor Markets in the United States, Mexico, and Central America. Migration Policy Institute. www.migrationpolicy.org/research/ripe-change-evolving-farm-labor-markets-united-states-mexico-and-central-america

17. Martin, Philip and Elizabeth Midgley. 2010. Immigration in America. Population Reference Bureau. June. www.prb.org/Publications/PopulationBulletins/2010/immigrationupdate1.aspx

18. Calvin, Linda and Philip Martin. 2010. The US Produce Industry and Labor: Facing the Future in a Global Economy. USDA. Economic Research Report No. (ERR-106). November. https://www.ers.usda.gov/publications/pub-details/?pubid=44766
www.ers.usda.gov/AmberWaves/december10/Features/LaborIntensive.htm

19. Martin, Philip. 2009. Importing Poverty?  Immigration and the Changing Face of Rural America. Yale University Press. www.yalebooks.com/yupbooks/book.asp?isbn=9780300209761

20. Martin, Philip. 2008. Evaluation of the H-2A Alien Certification Process and the US Farm Labor Market. KRA. DOL. ETA.
https://wdr.doleta.gov/research/FullText_Documents/ETAOP_2013_04.pdf

21. Martin, Philip. and Gottfried Zuercher. 2008. Managing Migration: The Global Challenge. Washington D.C. Population Reference Bureau. Vol 63, No 1.  March. https://www.prb.org/wp-content/uploads/2008/03/63.1migration.pdf

22. Martin, Philip L. 2007. The economic contribution of migrant workers to Thailand: Towards policy development. ILO. www.ilo.org/asia/whatwedo/publications/WCMS_098230/lang--en/index.htm

23. Martin, Philip L. and Elizabeth Midgley. 2006. Immigration: Shaping and Reshaping America. Washington D.C. Population Reference Bureau. Vol 61, No 4.  December. www.prb.org/Publications/PopulationBulletins/2006/ImmigrationShapingandReshapingAmerica.aspx

24. Martin, Philip, Susan Martin and Patrick Weil. 2006. Managing Migration: The Promise of Cooperation. Lexington Books. https://rowman.com/ISBN/9780739113400

25. Martin, Philip, Manolo Abella and Christiane Kuptsch. 2006. Managing Labor Migration in the Twenty-First Century. Yale University Press. www.yalebooks.com/yupbooks/book.asp?isbn=9780300209778

26. Martin, Philip, Michael Fix, and Ed Taylor. 2006. The New Rural Poverty: Agriculture and Immigration in California. Urban Institute Press. www.urban.org/books/ruralpoverty/

27. Martin, Philip. 2003. Promise Unfulfilled: Unions, Immigration, and Farm Workers. Ithaca. Cornell University Press. https://www.cornellpress.cornell.edu/book/9780801488757/promise-unfulfilled/#bookTabs=1  Summarized in http://www.cis.org/articles/2004/back104.html

28. Martin, Philip L. 2004. Thailand: improving the management of foreign workers. Bangkok: ILO and IOM (English and Thai).
www.ilo.org/asia/whatwedo/publications/WCMS_BK_PB_197_EN/lang--en/index.htm

29. Martin, Philip L. and Elizabeth Midgley. 2003. Immigration: Shaping and Reshaping America. Washington D.C. Population Reference Bureau. Vol 58, No 2.  June. www.prb.org/pdf/p-58.2Bulletin_Immigration.pdf

30. Martin, Philip L. 2003.  Sustainable Migration Policies in a Globalizing World. http://www.ilo.org/public/english/bureau/inst/download/migration.pdf

31. Martin, Philip. 2003. Bordering on Control: A Comparison of Measures to Combat Irregular Migration in North America and Europe. Geneva. International Organization for Migration. www.iom.int/jahia/Jahia/cache/bypass/pid/8?entryId=7375

32. Martin, Philip and Jonas Widgren.  2002. International Migration: Facing the Challenge. Washington D.C: Population Reference Bureau. Population Bulletin  Vol 57, No 1. March.. http://www.prb.org/Template.cfm?Section=PRB&template=/InterestDisplay.cfm&InterestCategoryID=240&StartRow=41

33. Garcia y Griego, Manuel and Philip Martin.  2000. Immigration and Immigrant Integration in California:  Seeking a New Consensus.  Berkeley. California Policy Seminar. http://www.ucop.edu/cprc/immintegbrf.html http://www.ucop.edu/cprc/immintegbrf.pdf

34. Martin, Philip L. and Elizabeth Midgley. 1999. Immigration to the United States.  Washington D.C. Population Reference Bureau. Vol 54, No 2.  June. http://www.prb.org/Template.cfm?Section=PRB&template=/ContentManagement/ContentDisplay.cfm&ContentID=5888http://www.prb.org/Template.cfm?Section=PRB&template=/ContentManagement/ContentDisplay.cfm&ContentID=5888

35. Martin, Philip L. 1998.  Germany: Reluctant Land of Immigration.  Washington. DC. American Institute for Contemporary German Studies.  September. http://www.aicgs.org/publications/pubonline_gis.shtml

36. Taylor, J. Edward, Philip Martin, and Michael Fix.  1997.  Poverty Amid Prosperity:  Immigration and the Changing Face of Rural California.  Washington, DC.  Urban Institute Press. http://www.urban.org

37. Binational Study of Mexico-US Migration.  1997.  Migration between Mexico and the United States.  Washington and Mexico City.  Commission on Immigration Reform.  Lead author of Section 4 of Executive Summary, Causes of the Migration Northward, and Chapter 3.  Factors Starting and Sustaining Mexico-US Migration.  September. http://migration.ucdavis.edu/mn/cir/binational/toc.html

38. Martin, Philip. 1996. Promises to Keep: Collective Bargaining in California Agriculture. Ames, IA: Iowa State University Press.  Awarded the Richard A. Lester Prize for the Outstanding Book in Labor Economics and Industrial Relations published in 1996.

39. Martin, Philip and Jonas Widgren.  1996.  International Migration: A Global Challenge. Washington D.C: Population Bulletin Population Reference Bureau.  April. Vol 51, No 1. http://www.prb.org

40. Martin, Philip and J. Edward Taylor.  1996. Guest Workers for Agriculture:  New Solution or New Problem?  Washington, DC: Urban Institute.

41. Martin, Philip, Wallace Huffman, Robert Emerson, Edward Taylor, and Refugio Rochin. Eds.  1995.  Immigration Reform and US Agriculture.  Berkeley, CA:  Division of Agriculture and Natural Resources Publication 3358 http://books.google.com/books?id=wFqBGdNxmLkC&printsec=frontcover#v=onepage&q&f=false

42. Martin, Philip L. and Elizabeth Midgley.  1994.  Immigration to the United States: journey to an uncertain destination.  Washington D.C: Population Bulletin Population Reference Bureau. September.

43. Cornelius, Wayne A., Philip L. Martin and James F. Hollifield. Eds.  1994. Controlling Immigration: A Global Perspective.  Stanford, CA: Stanford University Press. www.sup.org Introduction: The Ambivalent Quest for Immigration Control. 3-42. Martin, Philip L. The United

States: Benign Neglect toward Immigration.  83-100. Martin, Philip L. Germany:  Reluctant Land of Immigration.  189-226. www.sup.org

44. Gooneratne, Wilbert, Philip L. Martin and Hidehiko Sazanami.  Eds. 1994. Regional development impacts of labor migration in Asia. Nagoya Japan:  United Nations Center for Regional Development.  April.

45. Martin, Philip. 1993. Trade and Migration: NAFTA and Agriculture. IIE. Policy Analyses in International Economics 38. http://bookstore.piie.com/book-store/73.html

46. Martin, Philip and David Martin.  1994.  The Endless Quest:  Helping America's Farm Workers. Westview Press https://www.routledge.com/The-Endless-Quest-Helping-Americas-Farm-Workers/Martin-Martin/p/book/9780367291761

47. Martin, Philip L.  1992. Report of the Commission on Agricultural Workers.  Washington. US Government Printing Office. November. 155-166.

48. Martin, Philip L. 1991. The Unfinished Story: Turkish Labor Migration to Western Europe, With Special Reference to the Federal Republic of Germany. Geneva. International Labor Office. https://books.google.com/books/about/The_Unfinished_Story.html?id=1ax8pkk6CcwC Also published in Turkish. Bitmeye Öykü:Bati Avrupa'yaTürk Isci Göcü.  Özellikle Federal Alman Cumhuriyeti'ne. *books.google.com/books?isbn=9221072924*

49. Papademetriou, Demetrios and Philip Martin.  Eds. 1991. Unsettled Relationship: Labor Migration and Economic Development (Contributions in Labor Studies, No 33). Greenwood Publishing Group. http://books.google.com/books?hl=en&lr=&id=aGQFbvoPU90C&oi=fnd&pg=PR7&dq=The+Unsettled+Relationship:+Labor+Migration+and+Economic+Development.+Contributions+in+Labor+Studies,+No+33).+Greenwood+Publishing+Group&ots=tH81JtWOMj&sig=Mo0gg7HmIQ5AzM9Ffycr5srHvu4#v=onepage&q=The%20Unsettled%20Relationship%3A%20Labor%20Migration%20and%20Economic%20Development.%20Contributions%20in%20Labor%20Studies%2C%20No%2033).%20Greenwood%20Publishing%20Group&f=false

50. Martin, Philip L. and James A. Lee. 1990. Contemporary Labor Relations.  CAT Publishing Company, 2nd Edition.

51. Martin, Philip L., Daniel Egan and Stephanie Luce.  1988. The wages and fringe benefits of unionized California farmworkers.  Berkeley:  Giannini Information Series No. 88-4. October. https://s.giannini.ucop.edu/uploads/giannini_public/e2/cc/e2cc8176-51e3-4c91-9325-d6ddd2842d16/884-farmworkers.pdf

52. Martin, Philip L.  1988. Harvest of Confusion: Migrant Workers in U.S. Agriculture. Boulder: Co. Westview Press. https://www.routledge.com/Harvest-Of-Confusion-Migrant-Workers-In-Us-Agriculture/Martin/p/book/9780367162504

53. Martin, Philip L., Suzanne Vaupel and Daniel L. Egan.  1988. Unfulfilled Promise: Collective Bargaining in California Agriculture.  Boulder, Co: Westview Press.

54. Bouvier, Leon F. and Philip L. Martin.  1987. Population change and California's education system.  Washington: Population Reference Bureau, Inc.

55. Martin, Philip.  1986. Illegal immigration and the colonization of the American labor market. Washington: Center for Immigration Studies

56. Martin, Philip L. Ed.  1984. Migrant Labor in Agriculture: An International Comparison. Berkeley: Giannini Foundation of Agricultural Economics and the German Marshall Fund of the United States. http://www.jstor.org/stable/2545659

57. Richards, Alan and Philip L. Martin.  Eds. 1983.  Migration, Mechanization, and Agricultural Labor Markets in Egypt. Boulder, Colorado: Westview Press

58. Martin, Philip L.  1983. Labor displacement and public policy. Lexington, Mass: Lexington Books, D.C. Heath and Company.

59. Fogel, Walter and Philip L. Martin. 1982. Immigration:  California's economic stake. Berkeley, Institute of Governmental Studies.  California policy seminar monograph no. 14.  May

60. Miller, Mark and Philip Martin.  1982. Administering foreign-worker programs: Lessons from Europe. Lexington Books, D.C. Heath
https://books.google.com/books?id=AUuyAAAAIAAJ&dq=Administering+foreign-worker+programs:+Lessons+from+Europe.&hl=en&sa=X&ved=0ahUKEwjK_p3-vrXcAhXuGTQIHfnaDDgQ6AEIKTAA

61. Martin, Philip L.  1980.  Guestworker programs: Lessons from Europe. Washington, D.C.: U.S. Department of Labor, Bureau of International Labor Affairs.

62. Kreps, Juanita M. and Philip L. Martin, Richard Perlman, Gerald G. Somers.  1980. Contemporary Labor Economics and Labor Relations: Issues, Analysis, and Policies.  Belmont, California: Wadsworth Publishing Company, 2nd edition.

63. Martin, Philip L.  1979. Contemporary Labor Relations.  Belmont, California: Wadsworth Publishing Co.

## Articles and Book Chapters

1. Arroyo, Jesús, Salvador Berumen, Philip Martin, and Pia Orrenius. 2022. Mexico-U.S. Migration: Economic, Labor and Development Issues pp33-77 in Escobar, Agustín and Claudia Masferrer. Eds. Migration Between Mexico and the United States IMISCOE Regional Reader. Springer. https://link.springer.com/book/10.1007/978-3-030-77810-1

2. Martin, Philip and Zach Rutledge. 2021. Proposed changes to the H-2A program would affect labor costs in the United States and California. California Agriculture. Vol 75. No 3. https://calag.ucanr.edu/archive/?article=ca.2021a0020

3. Martin, Philip. 2022. Chapter 2 United States and Chapter 7 Germany in Hollifield, James et al Ed. Managing Migration. Stanford. https://www.sup.org/books/title/?id=22520

4. Martin, Philip. 2022. Migration and Economic Development: North American Experience. Chapter 12 in Hollifield, James and Neil Foley. Eds. 2021. Understanding Global Migration. Stanford. https://www.sup.org/books/title/?id=32777

5. Martin, Philip. 2021. Economic Aspects of Migration. Chapter 3 in Caroline B. Brettell and James F. Hollifield, Eds. 2021. Migration Theory: Talking across Disciplines. Routledge https://www.routledge.com/Migration-Theory-Talking-across-Disciplines/Brettell-Hollifield/p/book/9780367638559

6. Martin, Philip. 2020. COVID-19 and International Labor Migration in Agriculture. Chapter 2 in Sirkeci, Ibrahim and Jeffrey Cohen. Eds. 2020. COVID-19 and Migration Understanding Pandemic and Human Mobility. https://www.tplondon.com/product/covid-19-and-migration/

7. Martin, Philip. 2021. Migration Policy Making in the US. Chapter 12, pp138-51 in Cohen, Jeffrey and Ibrahim Sirkeci. Eds. 2021. Handbook of Culture and Migration. https://www.e-elgar.com/shop/usd/handbook-of-culture-and-migration-9781789903454.html

8. Martin, Philip. 2020. Food Supply Resilience and Migrant Workers. EUI. https://migrationpolicycentre.eu/projects/migrants-resilience-global-covid19-research-policy-mig-res-hub/

9. Martin, Philip. 2020. COVID-19 and California farm labor. California Agriculture. http://calag.ucanr.edu/archive/?article=ca.2020a0017

10. Martin, Philip. 2020. Farm labour in California and some implications for Europe. Chapter 13 in Rye, Johann. and O'Reilly, Karen. Eds. 2021. International Labour Migration to Europe's Rural Region. Routledge

11. Beatty, Tim, Alexandra Hill, Philip Martin, and Zachariah Rutledge. 2020. COVID-19 and Farm Workers: Challenges Facing California Agriculture. ARE Update. Vol 23. No 5. https://giannini.ucop.edu/publications/are-update/issues/2020/23/5/covid-19-and-farm-workers-challenges-facing-califo/

12. Martin, Philip. 2020. President Trump and Migration at 3.  Migration Letters.  Vol 17. No 1. https://journals.tplondon.com/ml/article/view/903

13. Martin, Philip. 2020. President Trump and Migration after Three Years. ARE Update. Vol 23. No 3 https://s.giannini.ucop.edu/uploads/giannini_public/37/1c/371c6bcd-8eab-4669-b856-8483f84258bb/v23n3_2.pdf

14. Martin, Philip and Martin Ruhs. 2019. Labour Market Realism and the Global Compacts on Migration and Refugees. International Migration 57:6, pp80-90 https://onlinelibrary.wiley.com/doi/10.1111/imig.12626

15. Martin, Philip. 2019. President Trump and Migration Policy. Journal of Economy, Culture and Society.  Vol 60. 1-16. https://dergipark.org.tr/tr/download/article-file/836976

16. Martin, Philip, Brandon Hooker, Marc Stockton. 2019. Ratio of farmworkers to farm jobs in California increased to 2.3 in 2016. California Agriculture.  Vol 73. No 2. pp73-78 http://calag.ucanr.edu/archive/?type=pdf&article=ca.2019a0002

17. Martin, Philip. 2019. The Role of the H-2A Program in California Agriculture. Choices. Quarter 1. www.choicesmagazine.org/choices-magazine/theme-articles/the-role-of-guest-workers-in-us-agriculture/the-role-of-the-h-2a-program-in-california-agriculture

18. Martin, Philip. 2019. Trump, Migration, and Agriculture. Border Crossing. Vol 9. No 1. https://journals.tplondon.com/index.php/bc/issue/view/70

19. Martin, Philip. 2018. Immigration and Farm Labor. Chapter 3 in Martin, Philip L.  Rachael E. Goodhue, and Brian D. Wright, Eds. California Agriculture: Dimensions and Issues. https://giannini.ucop.edu/publications/cal-ag-book/

20. Martin, Philip. 2018. California Agriculture: Dimensions and Issues.  ARE Update Vol 21. No 5. https://giannini.ucop.edu/publications/are-update/issues/2018/21/5/california-agriculture-dimensions-and-issues/

21. Martin, Philip. 2018. The H-2A Program Expands in California.  ARE Update Vol 22. No 1. https://giannini.ucop.edu/publications/are-update/issues/2018/22/1/the-h-2a-guest-worker-program-expands-in-californi/

22. Martin, Philip. 2018. Recruitment Costs. pp 47-50 in IOM Data Bulletin Series 1. https://publications.iom.int/system/files/pdf/gmdacbulletins.pdf

23. Martin, Philip. 2018. Agriculture and International Labor Flows. Kansas City Federal Reserve Economic Review. www.kansascityfed.org/~/media/files/publicat/econrev/econrevarchive/2018/si18martin.pdf

24. Martin, Philip. 2018. The GCM and Temporary Labor Migration. Global Social Policy. http://journals.sagepub.com/doi/full/10.1177/1468018118799010

25. Biffl, Gudrun and Philip Martin. 2018. Migration and Integration: Austrian and California Experiences with Low-Skilled Migrants. Border Crossing. Vol 8. No 1. pp30-39https://journal.tplondon.com/index.php/bc/article/view/1128

26. Martin, Philip. 2018. Migration Research and Policy in the United States. in Ruhs, Martin. Ed. Bridging the Gaps. Linking Research to Public Debates and Policy Making on Migration and

Integration. Oxford. https://global.oup.com/academic/product/bridging-the-gaps-9780198834557?cc=us&lang=en&

27. Martin, Philip. 2018. Remittances, migration, and trade. Chapter 17, pp 223-237 in Gracia Liu-Farrer and Brenda Yeoh. Eds. Routledge Handbook of Asian Migrations. https://www.routledgehandbooks.com/doi/10.4324/9781315660493-17

28. Martin, Philip, Brandon Hooker, Marc Stockton. 2018. Employment and earnings of California farm workers in 2015. California Agriculture.  Vol 72. No 2. http://calag.ucanr.edu/archive/?article=ca.2017a0043

29. Martin, Philip. 2017. The race in the fields: Imports, machines and migrants.  California Agriculture Vol 72. No 2. http://calag.ucanr.edu/archive/?article=ca.2017a0050

30. Martin, Philip. 2017. Guest or temporary foreign worker programs. Comparative Labor Law & Policy Journal, 39(1), 189-210. https://heinonline.org/HOL/Page?handle=hein.journals/cllpj39&id=201&collection=journals&index=journals/cllpj

31. Martin, Philip. 2017. Trump and U.S. immigration policy. California Agriculture. Vol 71. No 1. pp15-17. http://calag.ucanr.edu/archive/?article=ca.2017a0006

32. Martin, Philip. 2017. President Trump and Migration after 100 Days. Migration Letters. Vol 14. No 2. https://journals.tplondon.com/ml/article/view/335/328

33. Martin, Philip. 2017. Immigration and Farm Labor: From Unauthorized to H-2A for Some? Migration Policy Institute. http://www.migrationpolicy.org/research/immigration-and-farm-labor-unauthorized-h-2a-some

34. Martin, Philip. 2017.  Hired U.S. and California Farm Workers are Aging and Settling: Comparisons from 1990, 2000, and 2016. Rural Connections. Vol 11. No 1. pp53-56 http://wrdc.usu.edu/files-ou/publications/rcspr2017d.pdf

35. Martin, Philip. 2017. Immigration Policy and Agriculture: Possible Directions for the Future Journal on Migration and Human Security. http://cmsny.org/publications/jmhs-immigration-policy-agriculture/

36. Martin, Philip. 2017. Trump, Immigration, and Agriculture. Choices. http://www.choicesmagazine.org/choices-magazine/theme-articles/farm-labor-issues-in-the-face-of-us-immigration-and-health-care-reform/trump-immigration-and-agriculture

37. Martin, Philip and Ibrahim Sirkeci. 2017. Recruitment, remittances, and returns. pp 312-330 in Kenneth Reinert. Ed. Handbook of Globalisation and Development. Edward Elgar. www.e-elgar.com/shop/handbook-of-globalisation-and-development

38. Martin, Philip. 2017. Measuring Worker-Paid Migration Costs. Migration Policy and Practice. Vol 7. No 1. pp3-5 https://publications.iom.int/system/files/pdf/mpp29.pdf

39. Martin, Philip and Froilan Malit. 2017. A New Era for Labor Migration in the GCC? Migration Letters. Vol 14. No 1. https://journal.tplondon.com/index.php/ml/article/view/643

40. Martin, Philip. 2017. Election of Donald Trump and Migration. Migration Letters. Vol 14. No 1. https://journals.tplondon.com/ml/article/view/323/316

41. Martin, Philip. 2016. Labor Cost Challenges Facing California Agriculture. ARE Update. Vol 20. No. 1 September/October. http://giannini.ucop.edu/publications/are-update/issues/2016/20/1/labor-cost-challenges-facing-california-agricultur/

42. Martin, Philip. 2016. The Economic Contributions of migrants in countries of origin and destination.  Chapter 2 in ESCAP Asia-Pacific Migration Report 2015. http://www.unescap.org/resources/asia-pacific-migration-report-2015

43. Martin, Philip. 2016. Reducing Worker-Paid Migration Costs. Chapter 17 in Joanna Howe and Rosemary Owens. Eds. 2016. Temporary Labour Migration in the Global Era: The Regulatory Challenges. Hart-Bloomsbury. www.bloomsbury.com/au/temporary-labour-migration-in-the-global-era-9781509906291/

44. Martin, Philip, Brandon Hooker, Muhammad Aktar, and Marc Stockton. 2016. How many workers are employed in California agriculture. California Agriculture. Vol 71 No 1. http://calag.ucanr.edu/archive/?article=ca.2016a0011

45. Martin, Philip. 2016. California Agriculture: Water, Labor, and Immigration. ARE Update. Vol 19. No. 5. May-June. http://giannini.ucop.edu/publications/are-update/issues/2016/19/5/california-agriculture-water-labor-and-immigration/

46. Martin, Philip. 2016. Labor Compliance in Fresh Produce: Lessons from Food Safety. Choices. http://www.choicesmagazine.org/choices-magazine/submitted-articles/labor-compliance-in-fresh-produce--lessons-from-food-safety

47. Martin, Philip. 2016. Europe's Migration Crisis: An American Perspective. Migration Letters. Vol 13. No 2. pp 307-319 http://www.tplondon.com/journal/index.php/ml/article/view/614

48. Martin, Philip. 2016. Whither US Immigration? Migration Letters. Vol 13. No 2. pp 295-306 http://www.tplondon.com/journal/index.php/ml/article/view/615

49. Martin, Philip. 2016. Immigration and Farm Labor: Challenges and Opportunities. Vol 18. No 3. AgBioForum. pp252-258  www.agbioforum.org/v18n3/v18n3a03-martin.htm

50. Martin, Philip. 2016. Europe's Migration Crisis. ARE Update. Vol 19. No. 3 January/February. http://giannini.ucop.edu/are-update/19/3/europes-migration-crisi/

51. Martin, Philip and Ibrahim Sirkeci. 2016. Turkish Migration Conference and Migration Challenge. Migration Letters. Vol 13. No 1. www.tplondon.com/journal/index.php/ml/article/view/569

52. Martin, Philip. 2015. Whither US Immigration. ARE Update. Vol 19. No. 1 September-October. http://giannini.ucop.edu/are-update/19/1/whither-us-immigration/

53. Hooker, Brandon, Philip Martin, and Andy Wong. 2015. California Farm Labor. Jobs and Workers. ARE Update. Vol 18. No. 6 July-August, http://giannini.ucop.edu/are-update/18/6/california-farm-labor-job/

54. Martin, Philip. 2015. Economic and Financial Costs of Circular Migration of Health Professionals. ILO Manila. Policy Brief 5. www.ilo.org/manila/whatwedo/publications/WCMS_320606/lang--en/index.htm

55. Martin, Philip. 2015. Economic Aspects of Migration. Chapter 3 in Caroline B. Brettell and James F. Hollifield, Eds. 2015. Migration Theory: Talking across Disciplines. Routledge https://www.routledge.com/Migration-Theory-Talking-across-Disciplines/Brettell-Hollifield/p/book/9780415742030

56. Martin, Philip. 2015. Guest or Temporary Foreign Worker Programs. Chapter 14, pp717-774 in Chiswick, Barry and Paul Miller. Eds. Handbook on the Economics of International Migration. Elsevier. http://store.elsevier.com/product.jsp?isbn=9780444537645

57. Martin, Philip, 2014. Lower Migration Costs to Raise Migration's Benefits. New Diversities. Vol 16. No 2. pp9-19. http://newdiversities.mmg.mpg.de/?page_id=1715&print=print

58. Martin, Philip, 2014. Farm Labor and Immigration: Outlook for 2015. ARE Update. Vol 18. No 2. Nov/Dec. http://giannini.ucop.edu/are-update/18/2/farm-labor-and-immigratio/

59. Martin, Philip, 2014. Farm Labor in California's Specialty Crops. ARE Update. Vol 17. No 6. Jul/Aug. http://giannini.ucop.edu/are-update/17/6/farm-labor-in-california/

60. Martin, Philip, 2014. Managing International Migration in the Americas. ARE Update. Vol 17. No 3Jan/Feb. http://giannini.ucop.edu/are-update/17/3/managing-international-mi/

61. Martin, Philip, 2014. Economic Aspects of Migration. Pp90-114 in Caroline Bretell and James Hollifield. Eds. Migration Theory. Talking Across Disciplines. Routledge. www.routledge.com/books/details/9780415742030/

62. Martin, Philip, 2014. The H-2A Program; Evolution, Impacts, and Outlook. Pp 33-62. Chapter 2 in David Griffith, Ed. (Mis)managing Migration. Guestworkers' Experiences with North American Labor Market. SAR Press. https://sarweb.org/mismanaging-migration/

63. Martin, Philip, 2014. The Determinants of Migration. In Search of Turning Points. Chapter 12, pp 225-246 in Graziano Battistella, Ed. Global and Asian Perspectives on International Migration. Springer. www.springer.com/social+sciences/population+studies/book/978-3-319-08316-2

64. Martin, Philip. Ed.  2014. Expert Commissions and Migration Policy Making. Migration Letters. Vol 11. No 1. January. www.tplondon.com/journal/index.php/ml/issue/view/1

65. Martin, Philip and Martin Ruhs. 2014. Independent commissions and labour migration: The British MAC,. Migration Letters. Vol 11. No 1. January. http://www.tplondon.com/journal/index.php/ml/article/view/13

66. Martin, Philip. 2013. How to Reduce Migrant Worker Recruitment Costs. DIIS. http://en.diis.dk/home/news/2013/migrant+workers

67. Martin, Philip, 2013. Asian Migration to the US: Development Implications for Asia. Pp276-302 in Jeronimo Cortina and Enrique Ochoa-Reza. Eds. 2013. New Perspectives on International Migration and Development. Columbia University Press. www.cup.columbia.edu/book/978-0-231-15680-6/new-perspectives-on-international-migration-and-development

68. Martin, Philip,. Ed. 2013. Migration and Competitiveness: Japan and the United States. Migration Letters. Vol 10. No 2. May. http://essential.metapress.com/content/l17793625503/ Author of Introduction (pp115-124), Migration and US Competitiveness (pp125-143), and Migration and US Agricultural Competitiveness (pp 159-179).

69. Martin, Philip. 2013. Immigration Reform 2013: Implications for California Agriculture. ARE Update, Vol. 16, No. 5, May/Jun, 2013. http://giannini.ucop.edu/are-update/16/5/immigration-reform-2013/

70. Martin, Philip. 2013. Immigration and Farm Labor: Policy Options and Consequences American Journal of Agricultural Economics Vol 95 No 2. pp470-475. January http://ajae.oxfordjournals.org/content/95/2/470.full

71. Martin, Philip, 2014. The United States: The Continuing Immigration Debate and Germany: Managing Migration in the 21st Century in Hollifield, James, Philip Martin and Pia Orrenius. Eds. 2014. Controlling Immigration. A Global Perspective. Stanford University Press. https://www.sup.org/books/title/?id=22520

72. Lowell, Lindsay and Philip Martin. 2012. Managing the Dynamic Science and Engineering Labor Market in the United States. International Migration Review. Vol 46. No 4. Pp 1005-12. http://onlinelibrary.wiley.com/doi/10.1111/imre.12008/abstract

73. Martin, Philip. 2012. Agriculture and Migration After Arizona. ARE Update.Vol 16. No 1. September-October. http://giannini.ucop.edu/are-update/16/1/agriculture-and-migration/

74. Martin, Philip. 2012. Labor Relations in California Agriculture: Review and Outlook. ARE Update.Vol 15. No 3. January-February. http://giannini.ucop.edu/are-update/15/3/labor-relations-californi/

75. Martin, Philip. 2012. Reducing Migration Costs and Maximizing Human Development. In Omelaniuk, Irena. Ed. 2012. Global Perspectives on Migration and Development. Springer. www.springer.com/us/book/9789400741096

76. Martin, Philip. 2012. Agriculture and Migration After Arizona. ARE Update. Vol. 16, No. 1, Sep/Oct.  http://giannini.ucop.edu/are-update/16/1/agriculture-and-migration

77. Martin, Philip. 2012. Immigration and Farm Labor: What's Next. Choices.  Vol 27. No 1. Quarter 1. https://www.choicesmagazine.org/choices-magazine/theme-articles/immigration-and-agriculture

78. Martin, Philip. 2012. High-Skilled Migrants: S&E Workers in the United States. American Behavioral Scientist. August. Vol 56, pp 1058-1079 http://abs.sagepub.com/content/56/8/1058.full.pdf+html

79. Calvin, Linda and Philip Martin. 2011.  The US Produce Industry. Labor-Intensive Commodities in a Global Market.  American Journal of Agricultural Economics. Vol 94. No 2. Pp 471-476. http://ajae.oxfordjournals.org/content/94/2/471.full?sid=25873b72-6983-46ed-92a8-6e499560d143

80. Martin, Philip. 2011. Immigration, Labor Markets and Immigration Reform in the United States. Pp 16-34 in John Higley, John Nieuwenhuysen and Stine Neerup. Eds. Immigration and the Financial Crisis. Edward Elgar. www.e-elgar.co.uk/bookentry_main.lasso?id=14295&breadcrumlink=pubsoc.lasso&breadcrum=Publicand SocialPolicy&sub_values=&site_Bus_Man=&site_dev=&site_eco=&site_env_eco=&site_inn_tech=&site_int_pol=&site_law=&site_pub_soc=Yes

81. Martin, Philip. 2011. Remittances and the Recession's Effects on International Migration. PRB. May. www.prb.org/Articles/2011/international-migration-recession-remittances.aspx

82. Martin, Philip. 2011. International Labor Migration: The Numbers-Rights Dilemma. Chapter 11,  pp201-18 in Rey Koslowski. Ed. 2011. Global Mobility Regimes. Palgrave MacMillan http://www.palgrave.com/us/book/9780230116924

83. Martin, Philip. 2011. Mexico-US Migration, NAFTA and CAFTA, and US Immigration Policy. Pp 75-86 in Randall Hansen, Jobst Koehler, and Jeanette Money. Migration, Nation States, and International Cooperation. Routledge. www.taylorandfrancis.com/books/details/9780415888400/

84. Martin, Philip. 2011. Immigration Reform. Milken Institute Review. First Quarter 2011.pp 47-58. www.milkeninstitute.org/publications/publications.taf?function=detail&ID=38801257&cat=mir

85. Martin, Philip and Martin Ruhs. 2011. Labor Shortages and US Immigration Reform: Promises and Perils of an Independent Commission. International Migration Review. Vol 45. No 1. Pp179-192. www.wiley.com/bw/journal.asp?ref=0197-9183

86. Martin, Philip. 2011. The 2008–09 Recession: Implications for International Labor Migration. Chapter 22, pp 287-300 in Haddad, Mona, and Ben Shepherd. Eds. 2011. Managing Openness: Trade and Outward-Oriented Growth after the Crisis. Washington, D.C. World Bank. http://publications.worldbank.org/index.php?main_page=product_info&cPath=0&products_id=24013&wbid=a081241fc4696bfccc48a8ac728f563a

87. Martin, Philip. 2010. Who Needs Migrant Workers? Pp295-321 in Ruhs, Martin and Bridget Anderson. Eds. 2010. Who Needs Immigrant Workers?  Labour Shortages, Immigration, and

Public Policy. Oxford University Press. https://global.oup.com/academic/product/who-needs-migrant-workers-9780199580590?cc=us&lang=en&

88. Martin, Philip and Linda Calvin. 2010. Immigration Reform: What Does It Mean for Agriculture and Rural America. Applied Economic Perspectives and Policy. Volume 32, Issue 2. Pp. 232-253 http://aepp.oxfordjournals.org/content/32/2/232.full

89. Martin Philip. 2010. 'Migrant workers' vs. 'international service providers.' Labour markets and the liberalization of trade in services. Pp 197-229 in Christiane Kuptsch. Ed. 2010. The internationalization of labour markets. Geneva. ILO/IILS.www.ilo.org/inst/publication/books-and-reports/WCMS_193683/lang--en/index.htm

90. Kuptsch, Christiane and Philip Martin. 2011. Global Governance of Low-Skilled Labour Migration. Pp  34-59 in Alexander Betts. Global Migration Governance. Oxford University Press . www.oup.com/us/catalog/general/subject/Politics/InternationalStudies/?view=usa&ci=9780199600458

91. Martin, Philip. 2010. Migration and Development. Pp 5116-5138 in Denemark, Robert. Ed. The International Studies Encyclopedia. Volume 8. Wiley-Blackwell www.isacompendium.com/public/

92. Martin, Philip. 2010. The Research-Policy Nexus: The Case of Unauthorised Mexico–US Migration and US Policy Responses. Population, Space and Place. Vol 16. No 3. May/June. Pp241-252. www3.interscience.wiley.com/journal/113509331/issue

93. Martin, Philip. 2009. Sustainable Labor Migration Policies in a Globalizing World. Pp  18-42 in Sobel, Andrew. Ed. 2009. Challenges of Globalization. Immigration, Social Welfare, Global Governance. Routledge. www.routledgepolitics.com/books/Challenges-of-Globalization-isbn9780415778077

94. Martin, Philip. 2009. Immigration Reform: What Does It Mean for Agriculture? Choices. P15. September. Pp1-6. www.aaea.org/publications/policy-issues Similar article in ARE Update, Vol. 13, No. 1, Sep/Oct, 2009. www.agecon.ucdavis.edu/extension/update

95. Martin, Philip and Manolo Abella. 2009. Migration and Development: The Elusive Link at the GFMD. International Migration Review. Vol 43. No 2. Summer.  Pp431-439. www.wiley.com/bw/journal.asp?ref=0197-9183

96. Martin, Philip. 2009. Recession and Migration: A New Era for Labor Migration. International Migration Review. Vol 43. No 3. Fall.  Pp671-691

97. Martin, Philip. 2008. Low- and Semi-Skilled Workers Abroad. Pp77-104 in IOM. 2008. World Migration Report. Managing Labour Mobility in the Evolving Global Economy http://publications.iom.int/bookstore/index.php?main_page=product_info&products_id=62

98. Martin, Philip. 2008. Managing Mexico-United States Migration: Economic and Labor Issues. Pp61-88 in Escobar, Agustín and Susan Martin. Eds. 2008. Mexico-U.S. Migration Management: A Binational Approach. Lexington Books. https://rowman.com/ISBN/9780739125779

99. Goodhue, Rachael, Richard Green, Dale Heien and Philip Martin. 2008. California wine industry evolving to compete in 21st century. California Agriculture. Vol 62. No 1. Pp12-18. http://calag.ucop.edu/0801JFM/abstracts.html#1 Revised version appeared as Goodhue, Rachael E., Richard D. Green, Dale M. Heien, and Philip L. Martin. 2008. Current Economic Trends in the California Wine Industry. ARE Update. Vol 11. No 4. March-April. pp2-6 www.agecon.ucdavis.edu/extension/update/

100.       Honekopp, Elmar,  Philip Martin, and Piotr Plewa. 2008. Migration and Development on the Polish-Ukrainian Border.  International Migration. Vol 46. No. 4. 199-209.

101.        Ruhs, Martin and Philip Martin. 2008. Numbers vs. Rights: Trade offs and Guest Worker Programs. International Migration Review.  Vol. 42. No 1. Pp249-65. http://onlinelibrary.wiley.com/doi/10.1111/j.1747-7379.2007.00120.x/abstract

102.        Martin, Philip. 2007. Farm Labor Shortages: How Real, What Response? CIS Backgrounder. November. http://cis.org/articles/2007/back907.html

103.        Martin, Philip.  2007. Guest Workers. New Solution or New Problem. University of Chicago Legal Forum. Vol 2007. Pp289-318. https://chicagounbound.uchicago.edu/uclf/vol2007/iss1/

104.        Martin, Philip L. 2007. Immigration Reform, Agriculture, and Rural Communities. Choices. Vol 22. No 1. www.choicesmagazine.org/

105.        Martin, Philip 2007. Managing Labor Migration in the 21st Century. City & Society. Vol 19. No 1. Pp5-18 and 72-76.

106.        Martin, Philip L. 2007. The Trade, Migration, and Development Nexus. In Migration, Trade, and Development. Federal Reserve Bank of Dallas. http://dallasfed.org/research/pubs/migration/index.cfm

107.        Martin, Philip, Susan Martin and Sarah Cross. 2007. High-level Dialogue on Migration and Development. International Migration, Volume 45, Number 1, March. pp7-25

108.        Martin, Philip L. 2006. The Economics of Migration. Harvard International Review. July. http://hir.harvard.edu/articles/print.php?article=1444

109.        Martin, Philip L. 2007. Be My Guest Worker. The American Interest. Winter. January/February. www.the-american-interest.com/ai2/article.cfm?Id=228&MId=7

110.        Martin, Philip L. 2007. Guest Workers for America: Fooling ourselves again. Milken Institute Review. January. Pp36-45. www.milkeninstitute.org/publications/publications.taf?function=detail&ID=586&cat=MIR

111.                                                    Goldsmith, Peter and Philip L. Martin. 2006. The Future of Animal Agriculture in North America: Community and Labor Issues. Choices. Vol 21. No 3. Pp183-187. www.choicesmagazine.org

112.                                                    Escobar, Agustin, Kay Hailbronner, Philip Martin, and Liliana Meza. 2006. Migration and Development:  Mexico and Turkey. International Migration Review. Vol 40, No 3. http://onlinelibrary.wiley.com/doi/10.1111/j.1747-7379.2006.00038.x/abstract

113.                                                    Martin, Philip L. 2006. Immigration Reform: Implications for Agriculture. Western Economics Forum, Vol 1 No 1. Spring pp 1-9. Similar article in Martin, Philip 2006. Immigration Reform: Implications for Agriculture. ARE Update, Vol. 9, No. 4, March/April. http://giannini.ucop.edu/are-update/9/4/immigration-reform-implic/

114.                                                    Martin, Philip. 2006. Regulating private recruiters: The core issues. Pp 13-26 in Kuptsch, Christiane. Ed. 2006. Merchants of Labor. Geneva. ILO. www.ilo.org/global/publications/ilo-bookstore/order-online/books/WCMS_PUBL_9290147806_EN/lang--en/index.htm

115.                                                    Martin, Philip. 2006. Competing for Global Talent: The US Experience. Pp 87-106 in Christiane Kuptsch and Eng Fong Pang. Eds. 2006. Competing for Global Talent. Geneva. ILO. http://www.ilo.org/public/english/bureau/inst/publications/books.htm

116.                                                                Martin, Philip and
Michael Teitelbaum.  2006. Economic Integration and Migration: Austria, the Slovak Republic
and the EU. International Migration Review. Vol 39, No 4.

117.                                                                Martin, Philip L.
2005. Migrant Workers and Legalization in the US. Pp 39-48 in Heckmann, Friedrich and
Tanja Wunderlich. Eds. Amnesty for Illegal Migrants?  Bamberg. EFMS.  www.efms.de

118.                                                                Martin, Philip.
2005. Mexico-US Migration. Pp 441-486 in Gary Hufbauer and Jeffrey Schott. Nafta Revisited:
Achievements and Challenges. Institute for International Economics.
http://bookstore.piie.com/book-store/332.html

119.                                                                Carter, Colin,
Philip Martin and Alix Peterson Zwane. 2005. Trade and North American Agriculture:
Assessing NAFTA at 12. ARE Update, Vol. 9, No. 2, Nov/Dec.

120.                                                                Martin, Philip.
2005. AgJOBS. New Solution or New Problem. UC Davis Law Review. Vol 38, No 3. Pp 973-
991 https://lawreview.law.ucdavis.edu/issues/38/3/symposium-immigration-civil-rights-
after-sept11/DavisVol38No3_Martin.pdf

121.                                                                Martin, Philip.
2005. Merchants of labor: Agents of the evolving migration infrastructure. ILO DP 158.
www.ilo.org/inst/publication/discussion-papers/WCMS_193617/lang--en/index.htm

122.                                                                Martin, Philip.
2005. Articles on International Labor Organization (pp309-310), Mexican Immigration (398-
402), Nafta (451-454), PRWORA (pp474-476), Remittances (510-515), US Immigration
(pp634-645) In Matthew Gibney and Randall Hansen. Eds. Immigration and Asylum. From
1900 to the Present. ABC-CLIO. www.abc-
clio.com/products/overview.aspx?productid=108786

123.                                                                Martin, Philip.
2005. Economic Costs and Benefits of International Labor Migration pp185-197 in World
Migration 2005. Costs and Benefits of International Migration. International Organization for
Migration. www.iom.ch/jahia/Jahia/cache/bypass/pid/8?entryId=932

124.                                                                Arango, Joaquin
and Philip. Martin. 2005. Best Practices to Manage Migration: Morocco-Spain. International
Migration Review. Vol 39 No 1. 258-269.

125.                                                                Khan, Akhtar,
Philip Martin and Phil Hardiman. 2004. Expanded production of labor-intensive crops
increases agricultural employment. California Agriculture. January-March. Pp35-39.
http://californiaagriculture.ucanr.org/landingpage.cfm?article=ca.v058n01p35&fulltext=yes

126.                                                                Abella, Manolo,
Philip Martin and Elizabeth Midgley. 2004. Best Practices to Manage Migration: The
Philippines. International Migration Review. Vol 38 No 4 pp1544-59.
http://www.jstor.org/stable/27645456

127.                                                                Martin, Philip.
2004.  Mexican Migration to the US; The Effects of Nafta. Pp 120-130 in Massey Douglas and
Edward Taylor. Eds International Migration. Prospects and Policies in a Global Market. Oxford
University Press.

128.                                                    Martin, Philip. 2004. Migration. pp443-477 in Bjorn Lomborg, Ed. Global Crises, Global Solutions. Cambridge University Press. Shorter version in Bjorn Lomborg, Ed.  How to Spend $50 Billion to Make the World a Better Place. Pp113-25.

129.                                                    Martin, Philip. 2004. The United States: The Continuing Immigration Debate pp 51-85  and Germany: Managing Migration in the 21st Century. pp221-252 in Cornelius, Wayne A., Takeyuki Tsuda, Philip L. Martin, and James F. Hollifield. Eds. 2004. Controlling Immigration. A Global Perspective Stanford University Press. www.sup.org/book.cgi?id=4189

130.                                                    Martin, Philip. 2003. AgJOBS: New Solution or New Problem?" International Migration Review. Vol 37, No 4, Winter 127-141. https://www.jstor.org/stable/30037794?seq=1#page_scan_tab_contents Similar article with Bert Mason, Choices, May 2004.

131.                                                    Martin, Philip. 2003. Does the US Need a new Bracero Program? Journal of International Law and Policy. Vol 9, No 2, Spring. 1282-1291. http://jilp.law.ucdavis.edu/issues/

132.                                                    Martin, Philip and J. Edward Taylor. 2003.  Farm employment, immigration, and poverty : a structural analysis. Journal of Agricultural and Resource Economics, Vol. 28, no. 2, pp. 349-363.

133.                                                    Martin, Philip. 2003. Managing International Labor Migration in the 21st Century. South-Eastern Europe Journal of Economics (SEEJE). Vol 1. No 1. Fall 9-18.

134.                                                    Martin, Philip and Jonas Widgren. Managing Migration: The Role of Economic Instruments. Pp189-206 in Van Hear, Nicholas and Ninna Nyberg Sorensen. Eds. 2003. The Migration-Development Nexus. IOM. Also in International Migration, Vol 40, No 5. 2002.

135.                                                    Escobar, Agustin, Philip Martin, Peter Schatzer, and Susan Martin.  2003. Mexico-US Migration: Moving the Agenda Forward. International Migration. Vol 41, No 2. Pp125-137.

136.                                                    Martin, Philip. 2003. Erfahrungen der amerikanishcen Zuwanderungspolitik mit Facharbeitern.  Pp 51-72 in Heilemann, Ullrich und Hans Dietrich von Loeffelholz. Eds. 2003. Arbeitsmarktsteuerung der Zuwanderung - neuere deutsche Ansätze und internationale Erfahrungen. Heft 43. Pp51-72. http://www.rwi-essen.de/

137.                                                    Martin, Philip and Bert Mason. 2004. Hired Workers on California Farms. in Jerry Siebert. Editor. California Agriculture. UC-Division of Agricultural and Natural Resources. Pp191-214

138.                                                    Heien, Dale and Philip Martin. 2002.  Inside the Bottle. The Wine Business.  Choices.  Fall.  Pp 30-33. http://www.choicesmagazine.org/ similar article: 2003. California's wine industry enters new era. California Agriculture. July-September. Vol 57, No 3. 71-75. http://CaliforniaAgriculture.ucop.edu/0303JAS/toc.html

139.                                                    Teitelbaum Michael S. and Philip L. Martin. 2003. Is Turkey Ready for Europe? Foreign Affairs. Vol. 82, No 3. May/June. Pp97-111. Reprinted as Esta Turquia preparadoa para Europa? 2003 in Foreign Affairs en Espanol, Vol 3, No 3, pp 157-174

www.foreignaffairs.org/20030501faessay11222/michael-s-teitelbaum-philip-l-martin/is-turkey-ready-for-europe.html

140. Green, R., P. Martin, and J. E. Taylor. 2003.  Welfare Reform in Agricultural California. Journal of Agricultural And Resource Economics, Vol. 28, No. 1, April pp. 169-183

141. Martin, Philip and Bert Mason. 2003. Mandatory Mediation Changes Rules for Negotiating Farm Labor Contracts. California Agriculture. Jan-Mar. Vol. 57, No 1., pp13-17. http://calag.ucanr.edu/Archive/?article=ca.v057n01p13 Similar article published as Mandatory Mediation for Farmworkers: A New Era in Farm Labor? ARE Update. Vol.6, No.2, Nov/Dec 2002. www.agecon.ucdavis.edu/outreach/areupdate.htm

142. Martin, Philip L and Thomas Straubhaar.  2002.  Best Practices to Reduce Migration Pressures. Pp 5-23 in International Migration, Vol 40. No 3. Also Best Practice Options: Mali, pp 87-102, Best Practice Options: Albania, pp 103 – 118, and Best Practice Options: Turkey, pp 119 – 131. International Migration. 2002. Managing Emerging Migration Patterns. Vol 40. No. 3.

143. Martin, Philip. 2002. Mexican Workers and US Agriculture: The Revolving Door. International Migration Review. Vol 36, No 4. pp1124-1143. Reprinted in Reitz, Jeffrey. Ed. 2004. Host Societies and the Reception of Immigrants. San Diego. Center for Comparative Immigration Studies.

144. Martin, Philip. 2002. Legalizing Farmworkers: The 2002 Outlook. Migration World. Vol 30, No 3.

145. Martin, Philip L. 2002. Immigration, Agriculture and the Border, pp 117-128 in Fernandez, Linda and Richard Carson.  Eds.  2002. Both Sides of the Border Transboundary Environmental Management Issues Facing Mexico and the United States. Kluwer Academic Publications. www.wkap.nl

146. Martin, Susan, Lindsay Lowell, and Philip Martin.  2002.  US Immigration Policy. Admission of Highly Skilled Workers. Georgetown Immigration Law Journal. v16 no. 3. Spring. pp619-636. Reprinted in Crock, Mary and Kerry Lyon. 2002. Nation Skilling: Migration, Labor, and the Law in Australia, Canada, New Zealand and the United States. Sydney. Desert Pea Press.

147. Martin, Philip L. 2001.  Ellis Island to The Ellis Farm: Immigration Reform and Rural America. Choices: The Magazine of Food, Farm and Resource Issues Fall.  v16 no. 3

148. Martin, Philip L. 2000.  North America, Central America and the Caribbean.  Pp 235-265 in Susan Martin. Ed. 2001. World Migration Report: 2000.  Geneva. International Organization for Migration. http://www.iom.int/

149. Martin, Philip L. 2001.  Trade and Migration: the Mexico-US Case.  Pp 89-109 in Slobodan Djajic. Ed. 2001. International Migration: Trends, policies, and economic impact.  New York. Routledge. www.routledge.com/

150. Martin, Philip L. 2001.  Farm Workers, Guest Workers, and California Agriculture.  Pp 76-97 in Amber Lopez. Ed. 2001.  Forum for Transnational Employment.  California Institute for Rural Studies.  Davis. www.cirsinc.org

151.                                                    Martin, Philip L.
2001.  US Immigration Policy: Meeting 21st Century Challenges.  Pp 495-520 in Edda Currle
and Tanja Wunderlich. Eds. 2001.  Deutschland—ein Einwanderungsland? Rückblick, Bilanz,
und neue Fragen.  Lucius & Lucius.  Stuttgart.

152.                                                    Martin, Philip L.
1995.  The United States: Benign Neglect toward Immigration.  Pp 21-44 in Friedrich
Heckmann and Wolfgang Bosswick. Eds. 2001.  Migration Policies: a Comparative
Perspective.  Enke Verlag. Stuttgart.

153.                                                    Martin, Philip,
Elizabeth Midgley, and Michael Teitelbaum. 2001. Migration and Development: Focus on
Turkey. International Migration Review. Vol 35, No 134, Summer. 596-605.

154.                                                    Martin, Philip L,
Lindsay Lowell, Edward Taylor. 2001.  Migration Outcomes of Guest Worker and Free Trade
Regimes: The Case of Mexico-US Migration. Pp 137-159 in Bimal Ghosh, Ed. 2000. Managing
Migration: Time for a New International Regime?  New York. Oxford University Press.
https://global.oup.com/academic/product/managing-migration-
9780198297642?cc=us&lang=en&

155.                                                    Martin, Philip L.
and Michael S. Teitelbaum.  2001. The Mirage of Mexican Guest Workers.  Foreign Affairs.
Vol 80. No.6 November-December.
http://www.foreignaffairs.org/Search/document.asp?i=20011101FAEssay5778.xml

156.       Taylor, J. Edward and Philip L. Martin.  2001.  Human Capital:  Migration and Rural
Population Change. Pp 457-511. In Bruce Gardener and Gordon Rausser.  Eds., Handbook of
Agricultural Economics, Volume I.  Amsterdam:  Elsevier Science.
www.sciencedirect.com/science/article/pii/S1574007201100125

157.                                                    Martin, Philip.
2001.  Labor Relations in California Agriculture.  Pp 105-122 in Ong, Paul and James Lincoln.
Eds.  2001. The State of California Labor. UC Institute for Labor and Employment.
www.ucop.edu/ile/

158.                                                    Martin, Philip.
2001. Economic Integration and Migration: the Mexico-US Experience. Pp 29-49 in M. A. B.
Siddique. Ed. International Migration into the 21st Century.  Essays in Honor of Reginald
Appleyard. Edward Elgar Publishing. http://www.e-elgar.com

159.                                                    Martin, Philip L.
and J. Edward Taylor.  2000. California Farm Workers.  California Agriculture. Vol. 54, No 1,
19-25. http://danr.ucop.edu/calag/

160.                                                    Taylor, J. Edward
and Philip L. Martin.  2000. California's New Rural Poverty. California Agriculture. Vol. 54, No
1, 26-32. http://danr.ucop.edu/calag/

161.                                                    Martin, Philip L.
and Heinz Werner.  2000. Anwerbung von IT-Spezialisten: Der amerikanische Weg -ein
Modell für Deutschland?  Kurzbericht No 5.
http://www.iab.de/iab/publikationen/kb2000.htm

162.                                                    Martin, Philip and
Mark Miller.  2000. Smuggling and Trafficking: A Conference Report. International Migration
Review  34, 3 Fall: 969-982

163.                                                         Martin, Philip L.
1999.  Unauthorized Workers and US Agriculture.  Old versus New Migrations.  Pp 133-156 in Haines, David W. and Karen E. Rosenblum. Eds. 1999.  Illegal Immigration in America. A Reference Handbook. Westport, CT. Greenwood Press.

164.                                                         Martin, Philip and Susan Martin.  1999. The Politics of Globalization In Germany And The United States:  U.S. Immigration Policy. In Lankowski, Carl. Responses to Globalization in Germany and the United States: Seven Sectors Compared. Washingon. AICGS. http://www.aicgs.org

165.                                                         Martin, Philip L.
1999.  International Migration Challenges.  Areas of US/European Cooperation in Matters of Refugee Policy. pp 127-134 in Hailbronner, Kay and Patrick Weil.  1999. From Schengen to Amsterdam. Towards a European Immigration and Asylum Legislation.  Trier. European Law Academy.

166.                                                         Martin, Philip L.
1999.  Emigration Dynamics in Mexico.  The case of agriculture.  Pp 117-177  in Appleyard, Reginald.  Ed. 1999. Emigration Dynamics in Developing Countries. Vol 3. Mexico, Central America and the Caribbean. Ashgate.  Brookfield, VT. http://www.ashgate.com

167.                                                         Martin, Philip.
1999.  Revolution or Evolution? The long-run Effects of the 1996 Immigration and Welfare Reforms in the US. Imis-Beitraege.  Vol.  11. 7-16.

168.                                                         Martin, Philip L.
1999.  Guest worker policies: an international survey.  pp 45-83 in Berstein, Ann and Myron Weiner.  Eds. 1999.  Migration and Refugee Policies: an overview.  New York.  Pinter.

169.                                                         Martin, Philip.
1999. The Mexican Crisis and Mexico-US Migration. in Max Castro.  Ed. 1999.  Transnational Realities and Nation States: Trends in International Migration and Immigration Policies in the Americas.  Miami.  North-South Center Press.  www.miami.edu/nsc/

170.                                                         Martin, Philip L.
1999.  Shortages, Wages and Qualified Workers: Options for Dealing with Nonimmigrants.  pp 113-122 in Tomasi, Lydio. Ed.  1999.  In Defense of the Alien.  New York. Center for Migration Studies.

171.
Martin, Philip L.  1998-99.  Economic Integration and Migration: The Case of NAFTA.  UCLA Journal of International Law and Foreign Affairs.  Vol 3. No 2, Fall/Winter.  419-441.  http://heinonline.org/HOL/LandingPage?handle=hein.journals/jilfa3&div=22&id=&page=

172.                                                         Martin, Philip L.
and J. Edward Taylor.  1998.  Poverty Amid Prosperity: Farm Employment, Immigration, and Poverty in California.  American Journal of Agricultural Economics.  Vol 80, No. 5, 1008-14.

173.                                                         Martin, Philip.
1998.  The Endless Debate: Immigration and US Agriculture.  79-101 in Peter Duignan and Lewis Gann. Eds.  The Debate in the United States over Immigration.  Stanford. Hoover Institution. http://www.hooverpress.org/The-Debate-in-the-United-States-over-Immigration-P23.aspx

174.                                                         Martin, Philip.
1997. Guest worker policies for the twenty-first century.  New Community. Vol 23. No 4. October.  483-494.

175.                                                                     Taylor, J. Edward
and Philip L. Martin.  1997. The Immigrant Subsidy in California Agriculture: Farm
Employment, Poverty, and Welfare.  Population and Development Review. Vol 23. No 4.
December.

176.                                                                     Martin, Philip.
1997. Economic Instruments to Affect Countries of Origin. in Münz, Rainer and Myron
Weiner. Eds. 1997. Migrants, Refugees, and Foreign Policy: U.S. and German Policies Toward
Countries of Origin. Providence, RI. Berghahn Books

177.                                                                     Martin, Philip.
1997. Do Mexican Agricultural Policies Stimulate Emigration? in Bean, Frank D, Rodolofo de
la Garza, Bryan Roberts, and Sidney Weintraub (Eds). At the Crossroads: Mexico and US
Immigration Policy.  Lanham, MD: Rowan and Littlefield. 79-116.

178.                                                                     Martin, Philip and
Jeffrey Perloff.  1997. Hired Farm Labor. In Jerome Siebert. Ed. California Agriculture.  Issues
and Challenges. UC-DANR. Pp 151-174.

179.                                                                     Martin, Philip.
1997. Immigration Dynamics and Domestic Labor. in Wardwell, John M. and James H. Copp
(Eds).  1997.  Population Change in the Rural West, 1975-1990.  Lanham, MD.  University
Press of America.  91-112.

180.     Martin, Philip.  1997.  The Impacts of Immigration on Receiving Countries.  in Ucarer,
Emek and Donald Puchala (Eds).  1997.  Immigration into Western Societies: Problems and
Prospects.  London.  Pinter/Cassell Publishers.  17-27.

181.     Martin, Philip.  1996.  Migrants on the Move in Asia. Honolulu.  East-West Center.  Asia
Pacific Issues No 29.  December.

182.     Martin, Philip.  1996.  California's Farm Labor Market and Immigration Reform.  in
Lowell, B. Lindsay.  Ed.  Temporary Migrants in the US. Washington, DC. US Commission on
Immigration Reform.  Reprinted in B. Lindsay Lowell.  Ed. 1998. Foreign Temporary Workers
In American: Policies that Benefit America. New York.  Quorum Press. March.
http://www.greenwood.com

183.     Martin, Philip.  1996.  Effects of NAFTA on Labor Migration.  in Lloyd, P.J. and Lynne S.
Williams (Eds) International Trade and Migration in the APEC Region. Melbourne.  Oxford
University Press.  100-120.

184.     Martin, Philip, Andrew Mason, and Toshikazu Nagayama (Eds).  1996.  The Dynamics of
Labor Migration in Asia. Special issue of the Asian and Pacific Migration Journal.  Vol 5, No
2-3.

185.     Martin, Philip and J. Edward Taylor.  1996.  The Anatomy of a Migration Hump  in
Taylor, J. Edward (Ed). Development Strategy, Employment and Migration: Insights from
Models.  Paris.  Organization for Economic Cooperation and Development. 43-62.

186.     Martin, Philip. 1996. Trade and Migration: The Case of NAFTA. in O'Connor, David and
Leila Farsakh. (Eds). Development Strategy, Employment and Migration: Country Experiences.
Paris.  Organization for Economic Cooperation and Development. 231-259.

187.     Martin, Philip.  1996.  Labor Migration in Asia.  Asian Migrant.  Vol IX. No 1. January-
March 1996.  5-14.

188.     Martin, Philip L., Andrew Mason, and Ching-lung Tsay (Eds).  1995.  Labor Migration in
Asia. Special issue of the ASEAN Economic Bulletin.  Vol 12, No 2, November.

189.     Martin, Philip L. 1994. Agriculture. Chapter 12, pp491-528 in Voos, Paula.Ed. 1994. Contemporary Collective Bargaining in the Private Sector. Industrial Relations Research Association.

190.     Martin, Philip L. 1995. "Mexican-US Migration:  Policies and Economic Impacts," Challenge.  Vol 38, No 2, March-April.  reprinted in Laura Randall. Ed.  1996.  The Changing Structure of Mexico.  Armonk, NT:  ME Sharpe. 145-156.

191.     Martin, Philip L. 1995. "Migration Poses Major Challenges for the Americas." FORUM For Applied Research and Public Policy, Vol. 10, No. 3: 66-71, Fall 1995.

192.     Martin, Philip.  1995. "The United States: Benign Neglect toward Immigration." in Migration Policies: a Comparative Perspective, Heckmann, F. and W. Bosswick Eds.  Stuttgart, Germany: Enke Verlag

193.     Taylor, J. Edward and Philip L. Martin. 1995. Immigration Reform and U.S. Agriculture. Choices, Third Quarter.  Pp12-15

194.     Martin, Philip.  1994. Good intentions gone awry: IRCA and US agriculture. The Annals of the Academy of Political and Social Science, Vol 534: 44-57. July
http://www.jstor.org/stable/1048497

195.     Martin, Philip L. 1994. "Migration and trade: challenges for the 1990s." Development issues: presentations to the 48th meeting of the development committee.  Washington, D.C.: The World Bank, 97-108, April.

196.     Martin, Philip L. 1994. "Reducing emigration pressure: what role can foreign aid play?." In W.R. Böhning and M-L. Schloeter-Paredes, Eds., Epilogue in: Aid in place of migration. Geneva: International Labour Office, 241-253, April.

197.     Martin, Philip L. 1994. "Comparative Migration Policies." International Migration Review, Vol 28, No 1, April: 164-170.

198.     Martin, Philip L. 1994. "Development, employment and migration."  Asian and Pacific Migration Journal, Vol. 3, nos. 2-3: 511-520.

199.     Martin, Philip.  1994.  Einwanderungspolitik der USA: Ziele, Erfahrungen und Kritik.  in Einwanderungspolitik Kanadas und der USA: Biespiele für die Bundesrepublik Deutschland? Bonn.  Friedrich Ebert Stiftung.  89-106. Juli.

200.     Martin, Philip L. 1994. "Immigration and agriculture: An endless debate." National Forum: Phi Kappa Phi Journal, Vol. 74, no. 3: 23-28.

201.     Martin, Philip L. 1994. "International migration and trade." In: Human Resources Development and Operations Policy (HRO), Dissemination Notes, Part 1-Number 28:1-2, Part 2-Number 29:1-2, two parts.

202.     Martin, Philip L. 1994. "Migrant labor." The encyclopedia of the environment. Ruth A. Eblen and William R. Eblen, Eds. New York: Houghton Mifflin Company.

203.     Martin, Philip L. 1994. "Migration and trade: the case of Japan: demand for foreign workers." Migration World, Vol. XXII, no. 1: 9-11.

204.     Martin, Philip L. 1994. "Immigration and integration: challenges for the 1990s". The Social Contract, Vol. 4, no. 3: 177-182.

205.     Martin, Philip L. 1993. "The missing bridge: how immigrant networks keep Americans out of dirty jobs." Population and Environment: A Journal of Interdisciplinary Studies, Vol. 14, no. 6, July: 539-564.

206.     Martin, Philip L. and Gregory P. Miller.  1993. Farmers increase hiring through labor contractors. California Agriculture, Vol. 47, no. 4. July: 20-23.
http://calag.ucanr.edu/Archive/?article=ca.v047n04p20

207.    Martin, Philip L.  1993. "Migration and trade: the case of the Philippines." Asian Migrant, Vol. 6, no. 2. April: 60-65.

208.    Martin, Philip L.  1993. "Good intentions gone awry: comments on the final report of the commission on agricultural workers."  Spring. Corvalis, OR: Western Wire, Western Rural Development Center, Oregon State University: 14-20.

209.    Martin, Philip.  1993.  The Migration Issue. pp 1-16 in Russell King. Ed.  The New Geography of European Migrations.  London.  Belhaven Press.

210.    Martin, Philip L. and Wayne A. Cornelius. 1993. The uncertain connection: Free trade and Mexico-U.S. migration." Current issue brief; 5. University of California-San Diego, Center for U.S. Mexican Studies.

211.    Martin, Philip L. 1992. Migration and development: a conference report.  International Migration. Vol. 30, no. 3/4: 457-476. December.

212.    Martin, Philip L. 1992. "Foreign direct investment and migration: the case of Mexican maquiladoras."  International Migration: Quarterly Review, (Special Issue: Migration and Development) 30, 3/4:399-422. December.

213.    Martin, Philip L. and J. Edward Taylor. 1992. "NAFTA and rural Mexican migration to the U.S." Research paper 2 in North American Free Trade Agreement: Implications for California Agriculture.  Proceedings of a conference on March 5, 1992, in Los Angeles, CA. July. University of California, Agricultural Issues Center: 63-92.  Also published in Spanish in Examen, 4, 41: 26-27, October 1992 as "El TLC y la immigracion rural mexicana en los Estados Unidos."

214.    Martin, Philip L. 1992. "International migration: A new challenge." International Economic Insights, Institute for International Economics, March/April 1992: 2-7.

215.    Martin, Philip L.  1992. "The migration issue."  Migration World Magazine  Vol 20, 5: 11-15.

216.    Martin, Philip L.  1992. "NAFTA, migration, and U.S. labor markets." Appendix C in: The Employment Effects of the North American Free Trade Agreement: Recommendations and Background Studies. National Commission for Employment Policy, Washington, D.C., (Special report, 33).

217.    Martin, Philip L.  1992. "Migration and development." International Migration Review 26, 3 Fall: 1000-1012.

218.    Martin, Philip L.  1992. "Trade, aid and migration." International Migration Review  26, 1: 162-172.

219.    Martin, Philip L.  1991. "Foreign-born workers in the USA: Past, present, and future." Regional Development Dialogue,  12, 3: 162-179.

220.    Thompson, Gary D. and Philip L. Martin.  1991. "Immigration reform and the agricultural labor force." Labor Law Journal, 42, 8: 528-536.

221.    Martin, Philip L.  1991. "Labor migration in Asia. Conference report." International Migration Review  25, 1: 176-193.

Martin, Philip and J.R. Abele. 1990. Unions: Their effect on California farm wages.  California Agriculture. http://calag.ucanr.edu/Archive/?article=ca.v044n06p28

222.

223.    Martin, Philip L. and Greg Miller. 1990. Farm employment and wage patterns in the mid-1980s. California Agriculture  44, 6.  November. 16-18.

224.     Martin, Philip and Edward Taylor. 1990. Immigration reform and California agriculture a year later. California Agriculture  44. 24-27. January.
        http://calag.ucanr.edu/download_pdf.cfm?article=ca.v044n01p24

225.     Martin, Philip L.  1990. The outlook for agricultural labor in the 1990s. U.C. Davis Law Review, 23, 3: 499-523.

226.     Martin, Philip L. and Mark J. Miller.  1990. Guests or immigrants? Contradiction and change in the German immigration policy debate since the recruitment stop. Migration World Magazine, 18, 1: 8-13.

227.     Martin, Philip L. and J. Edward Taylor.  1990. The initial effects of immigration reform on farm labor in California. Population Research and Policy Review, Vol. 9: 255-283.

228.     Martin, Philip. 1990. Harvest of Confusion: Immigration Reform and California Agriculture. International Migration Review Vol. 24, No. 1 pp69-95.
        www.jstor.org/stable/2546672?seq=1#page_scan_tab_contents

229.     Martin, Philip and Daniel Egan. 1989. The makewhole remedy in California agriculture. Industrial and Labor Relations Review, vol. 43, no. 1. October. 120-131.
        http://www.jstor.org/stable/2523215

Martin, Philip and Stephanie Luce. 1988. The immigration reform and control act: IRCA's effects on large farms.  California Agriculture. Vol. 42, no. 3. May.  26-28
http://calag.ucanr.edu/download_pdf.cfm?article=ca.v042n03p26

230.     Martin, Philip L. and Alan L. Olmstead.  1988. Dislocated farmers: Number, distribution and impacts.  Washington: National Commission for Employment Policy (Research report RR-88-01.).

231.     Lloyd, Jack, Philip Martin and John Mamer.  1988. The Ventura citrus labor market. Giannini Foundation: Giannini information series  88-1.
        https://s.giannini.ucop.edu/uploads/giannini_public/b1/be/b1bece70-3b5d-4504-953a-1942f47be586/881-citruslabor.pdf

232.     Martin, Philip L.  1988. The SAW legalization program. In Meissner, Doris M  and Demetrious G. Papademetriou. Eds. The Legalization Countdown: A Third Quarter Assessment. Washington: Carnegie Endowment for International Peace: 115-133.

233.     Martin, Philip, Edward Taylor and Philip Hardiman. 1988. California farm workers and the SAW legalization program.  California Agriculture. 4-6.
        https://ucanr.edu/repositoryfiles/ca4206p4-68819.pdf

234.     Martin, Philip L. (et. al.). 1987. "California farm employment and wages in 1984." California Agriculture  (December): 18-20.

235.      Vaupel, Suzanne and Philip Martin. 1987. "Evaluating employer sanctions: Farm labor contractor experience." Industrial Relations  Vol 26. No 3. November. 304-313.

236.     Martin, Philip.  1987. Immigration reform: It leaves the door open to agriculture. Choices, 4th quarter: 29-30. https://ideas.repec.org/a/ags/aaeach/130399.html

237.     Martin, Philip L., Suzanne Vaupel and Daniel Egan. 1986. "Farmworker unions: Status and wage impacts." California Agriculture  40, 7-8 (July): 11-13.

238.     Learn, Elmer W., Philip L. Martin, and Alex F. McCalla. 1986. "American farm subsidies: A bumper crop."  The Public Interest  84: 66-71. Also appeared in Robert Emmet Long, ed., "A bumper crop: American farm subsidies." The Farm Crisis. June.  82-95.

239.     Vaupel, Suzanne and Philip L. Martin. 1986. "Farm labor contractors."  California Agriculture  40, 3-4,( March):  12-15.

240.    Thompson, Gary, Ricardo Amon and Philip Martin.  1986. "Agricultural development and emigration."  International Migration Review Vol 20, No 3.  575-597.  Reprinted as "Mexicans or tomatoes? Immigration and imports" in Journal of Policy Analysis and Management.  Vol 4, No 4, 603-605.

241.    Martin, Philip L.  1986. Illegal immigration and the labor market.  In Defense of the Alien.  Staten Island, N.Y. The Center for Migration Studies of New York, 8: pp. 66-73.

242.    Vaupel, Suzanne and Philip L. Martin.  1986. Activity and regulation of farm labor contractors.  Giannini Information Series: 86-3, Berkeley: University of California, Division of Agriculture and Natural Resources.

243.    Mines, Richard and Philip L. Martin.  1986. A profile of California farmworkers.  Giannini Information Series 86-2, Berkeley: University of California, Division of Agriculture and Natural Resources.

244.    Martin, Philip L. 1986. "Western farm labor issues." Contemporary Policy Issues, 4, 1 (January): 71-86.

245.    Martin, Philip L., Suzanne Vaupel, William Amaya, Cheryl Fish and Ricardo Amon. 1985. The fragmented California farm labor market.  California Agriculture. (November): 14-16.

246.    Martin, Philip L.  1985. "The economic effects of temporary worker migration." Migration Today, 8, 1: 21-28.

247.    Martin, Philip L. and Gary Thompson.  1985. "Agricultural trade and development policies and their implications for immigration from Central America to the U.S.  Portfolio": International Economics Perspectives , 10, 5 ed. by Robert M. Dunn, Jr., assisted ed. William A. Anderson.

248.    Martin, Philip, Richard Mines and Angela Diaz. 1985. A profile of California farmworkers. California Agriculture. pp16-18. https://calag.ucanr.edu/archive/?type=pdf&article=ca.v039n05p16

249.    Richards, Alan and Philip L. Martin.  1985. "Rural wages and agricultural policy: The case of Egypt."  Third World Planning Review, 7, 1 (February) 45-59.

250.    Martin, Philip L. and Alan L. Olmstead. 1985. The agricultural mechanization controversy.  Science, Vol 227, No. 4687.  February.  601-606. http://science.sciencemag.org/content/227/4687/601

251.    Mamer, John M. and Philip L. Martin. 1985. "Labor trends affecting agriculture." California Agriculture, (January): 12-14.  Also published in: 1985. The Northern California Review of Business and Economics, 12, 1: 16-17.

252.    Bovier, Leon F. and Philip Martin.  1985. Population change and California's future : Population Reference Bureau, Inc. a) Appendix subtitled: Detailed tabular projections. b) Appendix subtitled: Alternative projections: 55.

253.    Martin, Philip and S. Vaupel.  1985. "Agricultural labor relations in California."  In California Farm Labor Relations and Law, Walter Fogel, ed:  Monograph and Research Series: 41, Institute of Industrial Relations, University of California, Los Angeles: 49.

254.    Martin, Philip L.  1985. "Seasonal workers in American agriculture: Background and issues."  National Commission for Employment Policy, Research report.. Washington, D.C.: 85-04.

255.    Martin, Philip L.  1985.  Comments.  In Vernon M. Briggs, Jr. and Marta Tienda. Eds. Immigration: Issues and Policies. Washington National Council for Employment Policy: 127-132.

256.     Martin, Philip L., Harmon Kaslow, Daniel Egan, Theodor Consignado and Lindsay Deauville. 1984. Changing patterns in California's harvest labor force.  California Agriculture, 38, 9 September: 6-8.  Also reprinted in: 1984. Capitol Business Journal: "Agribusiness: Yesterday, today and tomorrow" (October): 15-16.

257.     Mines, Richard and Philip L. Martin.  1984. Immigrant workers and the California citrus industry.  Industrial Relations, Vol 23, No 1. January: 139-149 http://onlinelibrary.wiley.com/doi/10.1111/j.1468-232X.1984.tb00883.x/abstract

258.     Mines, Richard and Philip L. Martin.  1984. "The U.S. guest worker debate."  New Scholar,  9, 1-2: 73-86.

259.     Martin, Philip and Richard Mines.  1984.  Immigration and California agriculture. Madison: Industrial Relations Research Association Annual Meeting. Proceedings of the thirty-sixth annual meeting: 166-173.

260.     Martin, Philip L.  1984. Nonimmigrant aliens in American agriculture.  In Seasonal Agricultural Labor Markets in the agriculture.  In Seasonal Agricultural Labor Markets in the United States, ed. by Robert D. Emerson.  Ames: Iowa State University Press, Chapter 6: 168-193.

261.     Martin, Philip. 1983. Labor-intensive agriculture. Scientific American, 249, 4 (October) 54-59. https://www.jstor.org/stable/e24968996  Reprinted in Alexander Aleinikoff and David A. Martin.  1985. Immigration Law. St. Paul: West Publishing.

262.     Johnston, Gary and Philip L. Martin. 1983. "Employment and wages reported by California farmers in 1982."  Monthly Labor Review, 106, 9  (September): 27-3l. (Reprinted l984, as "Employment, wages and benefits on California farms", California Agriculture, (January) 17-19 and 1984, California Fruit Grower, 61, 2 (March): 31-33.).

263.     Martin, Philip L. 1983. "A comparison of California's ALRA and the federal NLRA." California Agriculture, 37, 7-8  (July): 6-8.

264.     Martin, Philip L. 1983. "Protective labor laws: The mandatory day-off issue."  New Labor Review, 5. (Spring).

265.     Richards, Alan and Philip L. Martin. 1983. "The laissez-faire approach to international labor migration: The case of the Arab Middle East."  Economic Development and Cultural Change,  31, 3 (April) 455-474.

266.     Mines, Richard and Philip Martin.  1983. Foreign workers in selected California crops. California Agriculture.  http://calag.ucanr.edu/Archive/?article=ca.v037n03p6

267.     Sain, Gustavo E., Philip L. Martin and Quirino Paris.  1983. "A regional analysis of illegal aliens."  Growth and Change, 14, 1  (January): 17-3l.

268.      Martin, Philip L. and Richard Mines. 1983. "Immigration reform and California agriculture."  California Agriculture, 37, l-2  (January): 14-15. (Reprinted 1983, "Immigration reform: What does it spell for California agriculture?" Western Grower and Shipper, : (April) 12, 30-31.).

269.     Martin, Philip L. and Richard Mines.  1983. "Alien workers and agriculture: The need for policy linkage."  Yale Law and Policy Review, 1, 2:  255-269.

270.     Martin, Philip L. and Richard Mines. 1983. "Debate on guestworkers to continue." The Journal of the Institute for Socio-economic Studies,  8, 2, (Summer): 90-106.

271.     Papademetriou, Demetrios G., Philip L. Martin and Mark J. Miller.  1983. "U.S. Immigration policy: The guestworker option revisited."  International Migration,  21, 1: 39-54.

272.     Martin, Philip L., Marion F. Houstoun. 1982. "European and American immigration policies." Law and Contemporary Problems. 45. 2 December.. (Reprinted in R. R. Hofsetter, Ed. 1984. U.S. Immigration Policy, Durham, N.C.: Duke University Press: 29-54.).

273.     Martin, Philip L. and Richard Mines. 1982. "Farm labor issues and policies: Discussion." American Journal of Agricultural Economics, 64, 5  (December):  1007-1008.

274.     Martin, Philip L. and John W. Mamer. 1982. "Hired workers on California farms." California Agriculture  36, 9-10 (September):  21-23.

275.     Martin, Philip L. 1982. "The desirability of admitting immigrants in special occupational categories."  The Gateway: U.S. Immigration Issues and Policies; ed by Barry R. Chiswick, (June). Washington, D. C: American Enterprise Institute for Public Policy Research: 455-459.

276.     Martin, Philip L., and John Mamer. 1982. "The farm labor market.  Food Policy and Farm Programs": Proceedings of the Academy of Political Science,  34, 3  (May): 223-234.

277.     Martin, Philip. 1982. Select Commission Suggests Changes in Immigration Policy. Monthly Labor Review,  Vol 105, No 2. February. 31-37. *www.bls.gov/opub/mlr/1982/02/art4full.pdf*

278.     Martin, Philip L. 1981. "Germany's Guestworkers." Challenge,  24, 3 (July): 34-42.

279.     North, David S. and Philip L. Martin.  1980. "Immigration and employment: A need for policy coordination." Monthly Labor Review, 103, 10 (October):  47-50.

280.     Martin, Philip L. and Alan Richards.  1980. "International migration of labor: boon or bane?"  Monthly Labor Review, 103, 10, (October): 4-9.

281.     Martin, Philip L. and Mark J. Miller. 1980. "Guestworkers: Lessons from Western Europe."  Industrial and Labor Relations Review, 33, 3  (April) Giannini Foundation Research Paper No. 560: 315-330. (Also published in 1980. Selected Readings on U.S. Immigration Policy and Law, (October). Washington Government Printing Office.).

282.     Martin, Philip L. and Ellen B. Sehgal.  1980. "Illegal immigration: the guestworker option."  Public Policy,  28, 2 (Spring). Giannini Foundation Research Paper No. 561: 207-229 (Reprinted in 1981. Policy Studies Review Annual, 5  ed. by Irving Horowitz, Beverly Hills: Sage Publications: 371-393.).

283.     Heaton, Chris and Philip L. Martin.  1979. "Labor Force Participation Differs Significantly for the Rural Woman."  Monthly Labor Review, 102, 1 (January):  71-73.

284.     Martin, Philip L. and Marion F. Houstoun.  1979. "The future of international labor migration."  Journal of International Affairs, 33, 2 (Fall/Winter): 311-333. (Reprinted in SCIRP, Appendix. B, Papers on International Migration:: 301-350).

285.     LeVeen, Philip L. and Philip Martin.  1979. "Review Symposium of Farming for profit in a hungry world: Capital and the crisis in agriculture, by Michael Perelman, Montellano, Allenheld, Osmun, 1977."  Rural Sociology,  44, 1  (Spring): 229-236.

286.     Martin, Philip L. and Stanley S. Johnson. 1978. "Tobacco Technology and Agricultural Labor."  American Journal of Agricultural Economics,  60, 4 (November). Giannini Foundation Research Paper No. 508:  655-660.

287.     Martin, Philip L. and Quirino Paris. 1978. "Comments."  Journal of Economic Issues,  12, 2  (June). Giannini Foundation Paper No. 489: 447-450

288.     Martin, Philip L. 1978. "Rural Employment Programs: The Case for Remedial Policies." Monthly Labor Review,  101, 4l (April): 30-34.

289.     Martin, Philip L.  1978. Rural Labor Markets and Rural Manpower Policy.  New York City. Industrial Relations Research Association, Proceedings of the Thirtieth Annual Winter

Meeting, Dec. 28-30, 1977. New York City, Madison. Giannini Foundation Research Paper 493: 217-225.

290.    Martin, Philip L. and Refugio Rochin. 1977. "Emerging Issues in Agricultural Labor Relations."  American Journal of Agricultural Economics, 59, 5,  (December). Giannini Foundation Research Paper No. 480: 1045-1051.

291.    Martin, Philip L. and Sylvia Lane. 1977. "Distributional Equity of the Food Stamp Program."  American Journal of Agricultural Economics,  Vol 59, No 5 December. 1006-1012.

292.    Martin, Philip L. 1977. "Issues in the Evaluation of European Labor Flows."  Social Science Quarterly,  Vol 58, No 2  September. 255-269

293.    Martin, Philip L.. 1977. "Technology and Agricultural Development: A Review Essay." Agricultural Economics Research, Vol 29, No 3  July.  100-103.

294.    Martin, Philip L.. 1977. "The Study of Rural Labor Markets."  Western Journal of Agricultural Economics,  Vol 1, No 1 June. 56-63.

295.    Martin, Philip L.  1977. "Public Service Employment and Rural America."  American Journal of Agricultural Economics,  Vol 59, No 2 May. 275-282.

296.    Martin, Philip L.  1977. "Harvest Mechanization and Agricultural Trade Unionism: Obreros Unidos in Wisconsin."  Labor Law Journal.  March. 166-173.

297.    Martin, Philip L.  1977. "International Labor Flows: The West European Experience." Chapter V in International Economic Reform: Issues and Policies, by Nake Kamrany. Washington: University Press of America:  155-195.

298.    Martin, Philip L. 1975. "Noneconomic Determinants Nonmigration: A Comment."  Rural Sociology,  Vol 40,  No 3 September. 353-359.

## Other Publications

1. Martin, Philip L.  1998. German Immigration Literature: A Review Essay.  International Migration Review. Vol 32, No. 2 Summer. 491-494. www.cmsny.org
2. Martin, Philip L.  1998. Which Way Japan? Asian and Pacific Migration Review. 487-490.
3. Martin, Philip L.  1996. Migrant Farmworkers and their Children: What Recent Labor Department Data Show.  in Judith Flores (Ed).  Children of La Frontera.  Charleston, WV. ERIC. 19-24.
4. Martin, Philip L.  1996. Immigration to the United States: Journey to an Uncertain Destination. in Refugio Rochin (Ed).  Immigration and Ethnic Communities: A Focus on Latinos.  East Lansing.  Julian Samora Research Institute.  March. 50-56.
5. Martin, Philip L.  1994. "Immigration and farm worker unions." Labor Management Decisions, Vol, 4, No 3: 11.
6. Martin, Philip L.  1994. Statement of Philip Martin before the Assembly Select Committee on Statewide Immigration Impact, University of California, Department of Agricultural Economics (July).
7. Martin, Philip L.  1994. "Book review of Mass Immigration and the National Interest."  Industrial & Labor Relations Review,  48, 1 (October): 175-176.
8. Martin, Philip L.  1994. "Book review of Peaceful Invasions: Immigration and Changing America, by Leon F. Bouvier." Washington, D.C.: Center for Immigration Studies, 1991. Asian and Pacific Migration Journal,  3, 2-3: 511-512.
9. Martin, Philip L. and J. Edward Taylor.  1993. The North American Free Trade Agreement and rural Mexican migration to the United States.  Presented at North American Free Trade Agreement: implications for California agriculture, Los Angeles, CA, March 5, 1992.
10. Martin, Philip L.  1992. Testimony.  Before the California Assembly's Select Committee on California - Mexico Affairs, July 28, 1992. July.
11. Martin, Philip L. 1992. "EL TLC y la immigracion rural mexicana en los Estados Unidos." Examen, (October). Mexico.
12. Martin, Philip L. 1992. "California: wave of the future?."  The World and I,  (October): 46-47.
13. Martin, Philip L.  1992. "U.S. agribusiness under NAFTA: Mexico-sourcing or direct investment." Enfoque,  San Diego: University of California, Center for U.S. Mexican Studies: 3,6.
14. Martin, Philip L.  1992. Foreword.  Immigration Reform and Perishable Crop Agriculture: Compliance or Circumvention?.  M. Heppel, S. Amendola, University Press of America:  VII-IX
15. Martin, Philip L.  1992. "Book Review: Developments in international labour statistics."  edited by Ralph Turvey. Government Publications Review,  19. London: Pinter publishers, 1990.: 697-98.
16. Martin, Philip L.  1991. "Review of Farm and Industry Structure and Socioeconomic Conditions, by.  Linda M. Bobao." Agricultural History,  65, 4.  Albany: State University of New York Press, 1990: 143-145
17. Martin, Philip L.  1991.  "Book review: Immigration and the Politics of Citizenship in European and North America."  W.R. Brubaker, ed. University Press of American, 1989 in International Migration Review, 25, 1: 196,197.
18. Martin, Philip L.  1991. "An assessment of Turkish labor Migration."  Turkish Daily News, (October): 4,5.

19. Martin, Philip L.  1991. "Hearings of the Commission on Agricultural Workers.  From Labor Management Decisions" UC DANR, Agricultural Personnel Management Program)  1, 1 (Spring):  6,7.

20. Martin, Philip L.  1991. Book review. William R. Brubaker.  ed.  Immigration and the Politics of Citizenship in Europe and North America.  William R. Brubaker.  ed.  Lanham, MD: University Press of America, 1989, in International Migration Review,  25, 1: 195-196.

21. Martin, Philip L.  1990.  Book Review. Thomas Straubhaar. On the Economics of International Labor Migration. Bern: Paul Haupt, in.  International Migration Review, Vol. 24, no. 1, pp. 162-163.

22. Martin, Philip L.  1990. Statement in U.S. Congress.  Joint hearings before Committee on Education and Labor and Committee on the Judiciary, Subcommittee on Immigration, Refugees, and International Law, United States House of Representatives, February 21 - March 14, 1990. (March).

23. Martin, Philip L. and Nancy Newsom.  1989. The outlook for farm labor and mechanization.  In: Proceedings: 58th Annual University of California Farm Machinery Conference (January): 5-10.

24. Martin, Philip L. and Bert Mason.  1989. "SAWs, RAWs, and farmworkers."  California agricultural studies  90-1 (December): California, Employment Development Department. 30p.

25. Martin, Philip L. and J. Edward Taylor.  1989. "Has IRCA reformed the farm?."  California Farmer, 271, 1: 14-15,31.

26. Martin, Philip L. and J. Edward Taylor.  1988. IRCA and farm labor data.  Presented at the Joint Statistical meetings. (August). New Orleans, LA.

27. Martin, Philip L.  1988. "Counting heads: Is there a labor shortage or isn't there? Here's how the numbers add up in California."  California Farmer  (January): 23-25.

28. Martin, Philip L. and J. Edward Taylor.  1988. Harvest of confusion: SAWs, RAWs and farmworkers.  The Urban Institute, Program for Research on Immigration Policy discussion paper #PRIP-UI-4. Davis, CA: Department of Agricultural Economics, University of California.

29. Martin, Philip L.  1988. "Review of Mexican and Mexican-American Agricultural Labor Policy in the United States: An International Bibliography."  Compiled by Martin H. Sable, New York and London: The Haworth Press. In: Agricultural History, 62,  2.

30. Martin, Philip L.  1987. California's Farm Labor Market.  (July). University of California Agricultural Issues Center, No. 87-1.

31. Martin, Philip L.  1987. Statement in U.S. Congress.  Joint Economic Committee: Economic and demographic consequences of immigration; hearings...Washington: 605-640.

32. Martin, Philip L.  1987. "Is immigration needed for a thriving economy?."  The World and I, (January):  86-87.

33. Martin, Philip L.  1986. "California agriculture and Mexican development."  Internationaler Kongress der Landarbeitswissenschaften  22nd. Stuttgart: 600-604.

34. Martin, Philip L.  1986. "Mechanization."  Focus, The Packer : 12, 14. (Also reprinted in The Grower as "The Future of Mechanization" 19, 3, 3/1986:  24-28.).

35. Martin, Philip L.  1986. Farm labor and production efficiency.  Sustainability of agriculture conference.  (January). University of California at Davis, Department of Agricultural Economics.

36. Martin, Philip.  1986. "Book review: The rural work force: Nonagricultural Occupation in America," ed. Clifton Bryant et al,.  Agricultural History,  60, 1:  120.

37. Martin, Philip L.  1985. Testimony.  In: Undocumented Mexican Immigration and the impact of proposed federal legislation on California and Mexico: informational hearing of the Assembly Committee on Intergovernmental Relations. Sacramento: 1-9.

38. Martin, Philip L.  1985. "Review of Studies In International Labour Migration, W.R. Bohning," New York: St. Martin's Press, 1984, in.  International Migration Review,  19,  4:  774-775.

39. Martin, Philip L.  1985. Testimony.  Presented before the assembly committee on intergovernmental relations. (November). Sacramento, CA:  University of California-Davis, Department of Agricultural Economics.

40. Martin, Philip L.  1985. Taxing growers for mechanization research.  Proceedings, 54th Annual University of California Farm Machinery Conference, Davis, CA.

41. Martin, Philip L. 1985. "The ALRA-ten years after." California Farmer, (March):  8, l3: 1-l4.

42. Martin, Philip.  1985. "Discussion of Migrant labor in Agriculture (Item 57), Illegal Immigration and Year-Round Strawberries". Transatlantic Perspectives,  13:  8-9.

43. Martin, Philip L.  Sept. 1985. Testimony.  Presented before the House Committee on the Judiciary, Subcommittee on Immigration, Washington, D.C. (September). Davis: University of California, Department of Agricultural Economics.

44. Martin, Philip L.  1985. Western farm labor issues.  Paper presented to the Western Economics Association meeting, Anaheim, July 1, l985. Davis: University of California, Department of Agricultural Economics.

45. Martin, Philip L.  1984. "The Rise of the United Farm Workers: Farmworkers, Agri-Business, and the State by Linda C. and Theo J. Majka."  Monthly Labor Review,  107, 11 (November): 61-61.

46. Martin, Philip L.  1984. Book review of Public Service Employment In The Rural South, Vernon Briggs, Brian Rungeling, and Lewis Smith.  Austin: Bureau of Business Research: 143-144.

47. Martin, Philip L. (Reviewer) 1984. "A critical examination of Migrant Farm Workers: A Caste of Despair by Ronald L.  Goldfarb, and Labor and Property Rights in California Agriculture: An Economics Analysis of the CALRA by Rex L.  Cottle et. al."  Monthly Labor Review,  107, 8 (August):  44-45.

48. Martin, Philip L. and Alan L. Olmstead. 1984. "Sprouting farm machinery myths."  The Wall Street Journal,  (May 14): 24.

49. Martin, Philip L. 1984. "Review of Labor and Property Rights in California Agriculture: An Economic Analysis of the CALRA by Rex L. Cottle, Hugh H. Macaulay and Bruce Yondle,." Agricultural History, 58, 2 (April):  200-203.

50. Martin, Philip L.  1984. "Ag. mechanization."  A special to the Sacramento Bee  appearing in the Forum 6 section, (March 18).

51. Martin, Philip L.  1984. "Book review:  Studies in International Labour Migration, W. R. Bohning." IMR,  19, 4. New York: St. Martin's Press: 774-775.

52. Martin, Philip L. 1983. Immigration and California agriculture.  Presented to the State Board of Food and Agriculture, Sacramento. (February) Davis, CA.

53. Martin, Philip L. 1982. Chairperson's Report: IWC Wage Board 8-80.  (April). Davis, CA. Processed.

54. Martin, Philip L. 1982. "Book Review: On the Road for Work: Migratory Workers on the East Coast of the United States, by G. Thomas-Lycklama a Nijeholt." Industrial and Labor Relations Review, 35, 4.  (July). The Hague, Martinus Nijhoff Publishing, 1980: 618-619.

55. Martin, Philip L..  1982. "Book Review: Immigration: New Americans, old questions." Edited by Melinda Maidens. New Facts on File, 1981.  Monthly Labor Review,  105, 5. (May): 63.

56. Martin, Philip L. 1982. "Mexican guestworkers: Solution or mirage?." (January) Article written for the Christian Science Monitor,  p. 23.

57. Martin, Philip L. 1982. "Review of Birth and Fortune: The Impact of numbers on Personal Welfare, by Richard A. Easterlin." New York, Basic Books, Incorporated. 1980. Monthly Labor Review,  105, 1 (January): 56-58.

58. Martin, Philip L.  1982. The H-2 program and nonimmigrants.  Statement at hearing before the Subcommittee on Immigration and Refugee Policy of the Committee on the Judiciary, U.S. Senate, 97th Congress, First Session, Nov. 30, 1981, Serial no. J-97-85 (June): 251-265.

59. Martin, Philip L.  1981. "Guest-worker idea has many negatives."  Newspaper article written for The Sacramento Bee,  (June 7): 1, 6. (Also reprinted July 1981 as "Bracero revival: Doubts about guest-worker plan", The Ventura County California Star-Free Press newspaper:  B17.).

60. Martin, Philip L.  1981. "The zero-sum society by Lester Thurow."  Monthly Labor Review,  104, 6 (June): 59-61.

61. Martin, Philip L.  1981. "Allow Mexican guest workers? No--"Migrant-labor tap is much easier to open than to close."."  Interview by U.S. News and World Report, : 85-86.

62. Martin, Philip.  1981.  Legalization of illegal immigrants  hearing before the Subcommittee on immigration and refugee policy of the Committee on the Judiciary, U.S. Senate, 97th Congress, 2nd session.  October 29, 1981.  Serial no. J-97-77, . (October). Washington, D.C.: Government Printing Office, 1982: 179-201.

63. Martin, Philip.  1981. Statement in U.S. Congress.  Systems to verify authorization to work in the United States.  Hearing before the Subcommittee on Immigration and Refugee Policy of the Committee on the Judiciary, United States Senate, 97th Congress, 1st session on a new and secure system to verify that job applicants are authorized to work in the United States, October 2, 1981, Serial no. J-97-63: 175-193,204-205.

64. Martin, Philip L. (Consultant).  1981. U.S. immigration policy and the national interest: Staff report of the select commission on immigration and refugee policy. (April) Washington, D.C.: Select Commission on Immigration and Refugee Policy.  Processed.

65. Martin, Philip L. (Consultant).  1981. U.S. immigration policy and the national interest : Final report and recommendations of the select commission on immigration and refugee policy. (March). Washington, D.C.: Select Commission on Immigration and Refugee Policy. Processed.

66. Martin, Philip L. 1980. Agricultural Labor in l980: A survey with recommendations.  A report by the agricultural employment work group for the agricultural employment advancement project. (December) Austin: Center for the Study of Human Resources, University of Texas.

67. Martin, Philip L.  1980. Singapore's guestworkers. Talk delivered at the East-West Center, Honolulu. (December). Davis. Processed.

68. Martin, Philip L.  1980. Alien labor in American agriculture.  Prepared for Secretary Bergland's Agricultural Employment Workgroup (September).

69. Martin, Philip L. and David S. North.  1980. Nonimmigrant aliens in American Agriculture. Seasonal agricultural labor markets in the U.S.  (September). Gainesville: University of Florida Food and Resource Economics Department.

70. Martin, Philip L.  1980. A review of "Potential for a U.S. Guestworker Program in Agriculture: Lessons from the Braceros," by L. Morgan and B. Gardner.  Conference on U.S. Immigration Issues, Chicago, Illinois, April l0-ll. (April). Davis. Processed.

71. Edwards, Samuel and Philip L. Martin (Discussant) 1980. "Farming's rewards at risk."  The Center Magazine,  (November): 28.

72. Martin, Philip L. 1980. "Book review "International Labor Migration in Europe," edited by Robert E. Krane." Praeger, New York, 1979.  Contemporary Sociology,  9, 3 (May): .404-406.

73. Martin, Philip L. 1980. "Book Review: Birds of Passage: Migrant Labor and Industrial Societies, by Michael J. Piore." Cambridge University Press, New York, 1979. Journal of Economic Literature, 18 (March):167-169.

74. Martin, Philip L. 1980. "Book Review: U.S.-Mexico Economic Relations edited by Barry W. Poulson and T. Noel Osborn." International Migration Review, 14, 4: 581-582.

75. Martin, Philip L. 1980. A review of "Occupation Preferences in U.S. Immigration Law," by Robert Goldfarb. Conference on U.S. Immigration Issues, Chicago, Illinois, April l0-ll. (April). Davis. Processed.

76. Martin, Philip L. and Ellen Sehgal. 1979. Illegal Immigration: The Guestworker Option. (June). Washington D.C.: Brookings Institution, rev. June 1979. Processed.

77. Martin, Philip L. and Stanley S. Johnson. 1979. Agricultural Mechanization and Public Policy. Contributed paper presented at the Western Economic Association Annual Conference, Las Vegas, June l7-2l, 1979. (June). Davis. Processed.

78. Martin, Philip L. 1979. Guestworker Programs: Lessons from Europe. Prepared for the Joint Economic Committee, U.S. Congress. (June). Washington D.C.: Brookings Institution. Processed.

79. Martin, Philip L. 1979. Illegal Immigration: An American Dilemma. (February). Washington, D.C: Brookings Institution. Processed.

80. Martin, Philip L. 1978. Allocating Public Service Employment Funds to Rural Areas. (November). Washington D.C. Brookings Institution. Processed.

81. Martin, Philip L. and Cris Heaton. 1978. Rural Labor Market Behavior and Rural Employment Policy. Paper presented to the National Association of Counties (NACO) Seminar on Employment Policy, Phoenix, Arizona, Oct. 29. (October). Davis.. Processed.

82. LeVeen, Philip and Philip L. Martin. 1978. Farming for Profit in a Hungry World: A Review. Paper presented to the Annual Meeting of the Rural Sociology Association. (September). San Francisco.

83. Martin, Philip L. 1978. New Directions in Work Organization. Paper presented to the Conference on Life-Cycle Planning. (June). Davis: University of California.

84. Martin, Philip L. and Candice Hall. 1978. Labor Displacement and Public Policy. Presented to California State Legislature (April).

85. Martin, Philip L. and Stanley S. Johnson. 1978. "Man and Machine in Agriculture." Economic and Social Issues, (October-November). Davis: Cooperative Extension l-3.

86. Martin, Philip L. 1978. Agricultural Mechanization and Public Policy. Paper presented to the Southwest Labor Studies Conference, March 17. (March) Berkeley, California.

87. Martin, Philip L. and Quirino Paris. 1978. Book review: Farming for Profit in a Hungry World: Capital and the Crisis in Agriculture, Michael Perelman. Montclair, N.J., Allanheld, Osmun, 1977. (July) Agricultural Economics Research, Vol. 30, No. 3, pp. 28-30.

88. Martin, P., and S. S. Johnson. Jan. 1978. "Technology and Labor in Agriculture". Abstract of paper presented at annual meeting of the Western Economics Association, Anaheim, California, June 20-22, 1977 in World Agricultural Economics and Rural Sociology Abstracts, 20, 1: 23.

89. Martin, Philip. 1978. "Book Review: Micropolitan Development," by Luther Tweeten and George Brinkman, Iowa State University Press, Ames, 1976. American Journal of Agricultural Economics, 60, 1 (February): 160-161.

90. Martin, Philip L. and Sylvia Lane. 1978. "Distributional Equity of the Food Stamp Program." Economic and Social Issues, (June). Davis: Cooperative Extension: 1-3.

91. Martin, Philip L. and Stanley S. Johnson.  1978. "Agricultural Mechanization and Public Policy." California Agriculture,  32, 6 (June): 4-6.

92. Martin, Philip L., and Cris Heaton.  1977. "The Rural Labor Force: Disadvantaged but Growing." Economic and Social Issues, (December 1977-January 1978): pp. 1-4.

93. Martin, Philip.  Aug. 1977. "Book Review: Generating Unequality: Mechanisms of Distribution in the U.S. Economy," by Lester C. Thurow.  New York, Basic Books, 1975.  American Journal of Agricultural Economics,  59, 3. Giannini Foundation Research Paper No. 464.:  599-600

94. Martin, Philip L.  1976. "Public Service Employment: A Bias Against Rural America."  Economic & Social Issues, (June):  I-4.

95. Martin, Philip L.  1975. The Estimation of Net Social Returns to Agricultural Research Expenditures.  Ph.D. Dissertation, University of Wisconsin, 28l pp..