UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF LABOR, and JULIE SU in her official capacity Acting United States Secretary of Labor,<br><br>Defendants. | No. 2:24-cv-00637<br><br>DECLARATION OF ZACHARIAH RUTLEDGE |

I, Zachariah Rutledge, declare under penalty of perjury under the laws of the United States and the State of Washington:

1. I am an Assistant Professor of Agricultural and Food Policy in the Department of Agricultural, Food, and Resource Economics at Michigan State University. I make this declaration on behalf of Columbia Legal Services in this case. I am trained as an applied economist and have been conducting economic research related to farm labor for over five years. I have extensive experience analyzing United States farm labor data. I have been qualified as an expert in a previous farm labor case. I am being compensated by Columbia Legal Services for my time. My compensation is not contingent on my opinions or on the outcome of the case. I am

DECLARATION OF ZACHARIAH RUTLEDGE - 1

COLUMBIA LEGAL SERVICES
711 Capitol Way S., Suite 706
Olympia, WA 98501
(360) 943-6260

acting in my own individual capacity and not on behalf of Michigan State University. Michigan State University does not endorse, sponsor, or support this work.

2. Attached hereto as Exhibit A is a copy of my expert report regarding the average hourly earnings of piece rate harvest workers in the Northwestern United States, which includes the state of Washington.

3. Attached hereto as Exhibit B is a copy of my Curriculum Vitae, which includes a list of my publications and a list of my recent expert witness experience.

DATED this 30th day of April, 2024, at Lansing, Michigan.

_____
Zachariah Rutledge

DECLARATION OF ZACHARIAH RUTLEDGE - 2

COLUMBIA LEGAL SERVICES
711 Capitol Way S., Suite 706
Olympia, WA 98501
(360) 943-6260