# EXHIBIT B

# Zachariah Rutledge

Email: rutled83@msu.edu  
Phone: (517) 582-1245  
446 W. Circle Dr., Room 216-A  
East Lansing, MI 48824

## EDUCATION

**Ph.D.** in Agricultural and Resource Economics, University of California, Davis (2020)
**M.S.** in Agricultural and Resource Economics, University of California, Davis (2016)
**A.B.** (with Highest Honors) in Economics, University of California, Davis (2015)

## PUBLICATIONS (38) († indicates current or former student)

### PEER-REVIEWED JOURNAL ARTICLES (11)

Marcelo Castillo, Philip Martin, and **Zachariah Rutledge**. Forthcoming. Whither the H-2A Visa Program: Expansion and Contraction. *Choices.* Link to Unpublished Version

Timothy Richards, **Zachariah Rutledge**, and Marcelo Castillo. Forthcoming. Labor Shortages and Agricultural Trucking Rates. *Canadian Journal of Agricultural Economics.* Link to Unpublished Version

Brandon Hooker, Philip Martin, **Zachariah Rutledge**, and Marc Stockton. 2024. How Many California Farm Workers: 2018-2021. *California Agriculture.* Link

**Zachariah Rutledge** and Philip Martin. 2023. California Ag Employment Rose and Became Less Seasonal Since 1990. *California Agriculture*, 77(2): 49-56 2024. Link

Timothy Richards and **Zachariah Rutledge**. 2023. Food System Labor and Bargaining Power. *Food Policy*, 119: 102502. Link

**Zachariah Rutledge** and Pierre Merel. 2023. Farm Labor Supply and Fruit and Vegetable Production. *American Journal of Agricultural Economics*, 105(2): 644-673. Link

Giovani Peri and **Zachariah Rutledge**. 2022. Economic Assimilation of Mexicans and Central Americans in the United States, *IZA Journal of Development and Migration*, 13(1): 1-26. Link

Philip Martin and **Zachariah Rutledge**. 2022. Proposed Changes to the H-2A Program Would Affect Labor Costs in the United States and California. *California Agriculture*, 75(3):135-141. Link

Luc Chrisitaensen, **Zachariah Rutledge**, and J. Edward Taylor. 2021. Viewpoint: The Future of Work in Agri-Food. *Food Policy*, 99: 101963. Link

Diane Charlton, J. Edward Taylor, Stavros Vougioukas, and **Zachariah Rutledge**. 2019. Can Wages Rise Quickly Enough to Keep Workers in the Fields? *Choices*, 34(2). Link

Diane Charlton, J. Edward Taylor, Stavros Vougioukas, and **Zachariah Rutledge**. 2019. Innovations for a Shrinking Agricultural Workforce. *Choices*, 34(2). (2019). Link

### BOOK CHAPTERS (4)

Pierre Mérel and **Zachariah Rutledge**. Forthcoming. The Short-Run Impacts of Immigration on Native Workers: A Sectoral Approach. Chapter 6 in R. Sauer (Ed.), *World Scientific Handbook of Global Migration.* Link to Unpublished Version

Philp Martin and **Zachariah Rutledge**. Forthcoming. US Farm Employment and Farm Workers. *Oxford Research Encyclopedia of Food.* Link to Unpublished Version

**Zachariah Rutledge** and J. Edward Taylor. 2023. Economic and Societal Aspects. Chapter 10 in S. G. Vougioukas and Q. Zhang (Eds.), *Advanced Automation for Tree Fruit Orchards*

*and Vineyards*. Springer. Link

Diane Charlton, **Zachariah Rutledge**, and J. Edward Taylor. 2022. Evolving Agricultural Labor Markets. Chapter 77 in C. Barrett and D. Just (Eds.). *The Handbook of Agricultural Economics*. Elesvier. Link

### TECHNICAL PEER-REVIEWED REPORTS (2)

Marcelo Castillo, Philip Martin, and **Zachariah Rutledge**. 2022. The H-2A Foreign Worker Program in 2020. *USDA-ERS, Economic Information Bulletin*, No. 238. Link.

Daniel Costa, Philip Martin, and **Zachariah Rutledge**. 2020. Federal Labor Standards Enforcement in Agriculture: Data Reveal the Biggest Violators and Raise New Questions About How to Improve and Target Efforts to Protect Farmworkers. *Economic Policy Institute Report*. Link

### EXTENSION REPORTS (8)

**Zachariah Rutledge** and **Samuel Rickman**[†]. 2024. Understanding and Addressing Agricultural Labor Challenges in the United States Conference Report. *https://www.zachrutledge.com*. Link to Unpublished Version

Steven Miller, Corey Clark, **Zachariah Rutledge**, and Florencia Colella. 2023. Michigan State University Custom Work Rates. *Michigan State University Extension, Farm Management Report*. Link

Jonathan LaPorte, Matthew Gammans, Melissa McKendree, Florencia Colella, Corey Clark, and **Zachariah Rutledge**. 2022. Michigan State University Custom Work Rates. *Michigan State University Extension Farm Management Series*. Link

**Zachariah Rutledge**, J. Edward Taylor, Edward Whitney, and **Dahye Kim**[†]. 2022. The 2022 Greenhouse and Nursery Labor Employment Survey Summary of Preliminary Findings. Link

**Zachariah Rutledge**, J. Edward Taylor, Edward Whitney, and **Dahye Kim**[†]. 2022. Findings from the National Council of Agricultural Employers Labor Survey. *https://www.zachrutledge.com*. Link

**Zachariah Rutledge**, J. Edward Taylor and Edward Whitney 2022. Findings from the 2022 California Farm Bureau Fedferation Labor Survey. *https://www.zachrutledge.com*. Link

**Zachariah Rutledge** and J. Edward Taylor. 2019. Adapting to Labor Scarcity Survey Preliminary Findings. *https://www.zachrutledge.com*. Link

**Zachariah Rutledge**, J. Edward Taylor, and the California Farm Bureau Federation. 2019. Still Searching for Solutions: Adapting to Farm Labor Scarcity Survey 2019. *https://www.zachrutledge.com*. Link

### EXTENSION ARTICLES (13)

**Zachariah Rutledge**, Steven Miller, and Florencia Colella. 2024. The Farm Workforce Modernization Act and the H-2A Visa Program. *MSU Extension Farm Management Series*. Link

**Zachariah Rutledge**, Steven Miller, and Florencia Colella. 2024. What Are Adverse Effect Wage Rates? *Michigan State University Extension Farm Management Series*. Link

**Zachariah Rutledge**. 2024. Policy Ideas to Address Agricultural Labor Issues. *Michigan Ag Economist*. Link

**Zachariah Rutledge** and Phil Durst. 2023. Michigan Dairy Labor Supply Pressures. *Spartan Dairy News*. Link

**Zachariah Rutledge**. 2023. Farm Employee Heat-Related Illness Prevention and Regulatory Compliance. *Michigan Farm News.* Link

**Zachariah Rutledge**. 2023. Understanding and Preventing Farm Employee Heat-Related Illness. Michigan State University Extension Farm Management Series. Link

**Zachariah Rutledge** and Pierre Mérel. 2022. A Declining Farm Labor Supply Could Cost California Farmers Billions. *ARE Update*, 26(2): 1-4. (2022). Link

Philip Martin, **Zachariah Rutledge**, Daniel Costa, and Forest Peterson. 2021. Labor Standards Enforcement in California Agriculture. Rural Migration News Blog No. 208. Link

Luc Chrisiaensen, **Zachariah Rutledge**, and J. Edward Taylor. 2020. What Is the Future of Work in Agri-Food? *Brookings Institution.* Link

Giovanni Peri and **Zachariah Rutledge**. 2020. Revisiting Economic Assimilation of Mexican and Central American Immigrants in the United States. *Cato Institute Research Briefs in Economic Policy*, No. 220. Link

Timothy Beatty, Alexandra Hill, Philip Martin, and **Zachariah Rutledge**. 2020. COVID-19 and Farm Workers: Challenges Facing California Agriculture. *ARE Update*, 23(5). (2020). Link

**Zachariah Rutledge**. 2020. Recent Mexican and Central American Immigrants Have Performed Well in the Labor Market, But There Is Room for Improvement. *UC Davis Global Migration Center Immigration Facts Series.* Link

**Zachariah Rutledge** and J. Edward Taylor. 2019. California Farmers Change Production Practices as the Farm Labor Supply Declines. *ARE Update*, 22(6). Link

## JOURNAL ARTICLES UNDER REVIEW (2)

**Zachariah Rutledge**, Timothy Richards, and John Lowrey. 2024. Health Coverage and Farmworker Productivity. *American Journal of Agricultural Economics.*

**Zachariah Rutledge**, Marcelo Castillo, Timothy Richards, and Philip Martin. 2024. Adverse Effect Wage Rates and US Farm Wages. *American Journal of Agricultural Economics.*

## OTHER WORK IN PROGRESS (11) († indicates current or former student)

Lauren Chenarides, Timothy Richards, **Zachariah Rutledge**, and John Pender. Dollar Store Impact on Local Economic Activity and Labor Markets.

Lauren Chenarides, **Zachariah Rutledge**, Timothy Richards, and John Pender. Dollar Store Penetration and Incumbent Store Exit and Sales.

Carrie Alexander, **Zachariah Rutledge**, and Sana Asghar. The 2023 California FLC Employment Survey Report.

Carrie Alexander, **Zachariah Rutledge**, and Sana Asghar. The 2023 California Farmer Employment Survey Report.

**Zachariah Rutledge** and **Clare McGrady**[†]. Forthcoming. How Many Michigan Farmworkers Could Get Regularized Under New Legislation?

Skyler Simnitt, **Zachariah Rutledge**, Clare McGrady, and Marcelo Castillo. How Many Crop Farmworkers Could Become Legalized Under the Farm Workforce Modernization Act?

**Zachariah Rutledge** and **Clare McGrady**[†]. How Many California Farmworkers Could Get Regularized Under New Legislation?

**Zachariah Rutledge** and **Joaquin Mayorga**[†]. Chinese Trade Competition and Rural Mexican Migration.

**Zachariah Rutledge**, **Clare McGrady**†, and J. Edward Taylor. Farmworkers and Non-Farm Work: Evidence from the NAWS.

Marcelo Castillo, **Zachariah Rutledge**, and **Dahye Kim**†. Domestic Farm Employment and the H-2A Visa Program.

**Myat Thida Win**†, **Zachariah Rutledge**, and Mywish Maredia. Farm Labor Shortages and Adaptation Strategies.

## TEACHING EXPERIENCE

**Assistant Professor**, Michigan State University: Labor and Personnel Management in the Agri-Food System, Spring 2023

**Guest Lecturer**, Arizona State University: Food and Agribusiness Policy Issues, Fall 2022

**Lecturer**, University of California, Davis: Agricultural Labor Economics, Spring 2022

**Guest Lecturer**, University of California, Merced: Labor, Automation, and Sustainability in Agriculture: A Convergent Study, Winter 2022

**Guest Lecturer**, University of California, Davis: Japanese Agriculture Trainee Program, Fall 2019

**Teaching Assistant**, University of California, Davis
- Master's Level:       Applied Econometrics 1, Fall 2016
- Undergraduate Level: Agricultural Labor Economics, Spring 2016, Spring 2018, Spring 2019
  - Econometrics, Winter 2018
  - Operations Research and Management, Winter 2017
  - Investment, Winter 2016

## RESEARCH EXPERIENCE

**Assistant Professor**, Michigan State University, 2022 - Current

**Postdoctoral Research Scholar**, Arizona State University, 2021 - 2022

**Graduate Student Researcher**, For Professor Pierre Mérel, 2016 - 2020
- For Professor J. Edward Taylor, 2018 - 2020
- For Professor Giovanni Peri, 2019

## EXPERT WITNESS EXPERIENCE

**Columbia Legal Services**, Torres v. US DOL, 2023

**National Council of Agricultural Employers**, Florida Growers v. US DOL, 2023

**California Agricultural Labor Relations Board**, UFW v. Gerawan Farming, Inc., 2022

## CONSULTING EXPERIENCE

**National Council of Agricultural Employers**, 2021 - Current

**International Fresh Produce Association**, 2024

**Migration Dialogue**, 2020

**World Bank Group**, 2018 - 2019

**Hoover Institution**, 2017

## GRANTS (Total/My Share)

**USDA-NIFA-AFRI**, 2024: ($650,000/$430,000)

**USDA-Office of the Chief Economist**, 2023: ($265,000/$132,000)

**Michigan Alliance for Animal Agriculture**, 2023: ($148,000/$67,000)

**USDA-NIFA-AFRI Conference Grant**, 2023: ($25,000/$25,000)
**Michigan Department of Agriculture & Rural Development**, 2023: ($17,000/$17,000)
**Michigan Deparment of Agriculture & Rural Development**, 2023: ($34,000/$6,000)
**Western Michigan Greenhouse Association**, 2023: ($5,000/$5,000)
**Metro Detroit Flower Growers Association**, 2023: ($5,000/$5,000)
**USDA-ERS RRED Co-op**, 2022: ($20,000/$9,000)
**USDA-ERS RRED Co-op**, 2021: ($20,000/$4,000)
**Giannini Foundation of Agricultural Economics**, 2020: ($30,000/Student Co-PI)
**Giannini Foundation of Agricultural Economics**, 2020: ($30,000/Student Co-PI)
**Giannini Foundation of Agricultural Economics**, 2019: ($30,000/Student Co-PI)
**Giannini Foundation of Agricultural Economics**, 2019: ($30,000/Student Co-PI)
**Giannini Foundation of Agricultural Economics**, 2018: ($27,000/Student Co-PI)

# SELECTED PRESENTATIONS

**Considering Wicked Problems: Agricultural Labor Issues**. Agriculture and Agribusiness Institute Spring Meeting, East Lansing, MI, March 20, 2024.

**Understanding Labor Scarcity and Getting Started with Labor on the Farm**. Michigan Chestnut Producers Council Meeting, Hickory Corners, MI, March 9, 2024.

**Understanding and Addressing Labor Scarcity Issues in Animal Agriculture**. Michigan Pork Producers Symposium, Grand Rapids, MI, February 28, 2024.

**Agricultural Labor Policy Outlook**. Michigan Farm Bureau Legislative Committee Meeting, Lansing, MI, February 6 , 2024.

**Agricultural Labor Policy Outlook**. Michigan Agri-Business Association Winter Conference. Lansing, MI, January 10, 2024.

**Adverse Effect Wage Rates and US Farm Wages**. Allied Social Science Associations Meeting, San Antonio, TX, January 7, 2024.

**Agricultural Labor Policy Outlook**. Great Lakes Ag Expo, Grand Rapids, MI, December 6, 2023.

**Greenhouse Survey Preliminary Findings**. Great Lakes Ag Expo, Grand Rapids, MI, December 6, 2023.

**Agricultural Labor Policy Outlook**. Michigan State University Farm Labor Conferenece, Lansing, MI, November 2, 2023.

**Farm Workforce Trends in Michigan and the United States**. Michigan Farm Bureau State Policy Development Committee Meeting, Lansing, MI, September 19, 2023.

**Health Coverage and Farmworker Productivity**. Agricultural and Applied Economics Association Annual Meeting, Washington, DC, July 24, 2023.

**Farm Labor**. Midwest Chestnut Producers Council Annual Meeting, Clarksville, MI, March 25, 2023.

**Workers and the Workforce: Essential Contributors to American Agriculture**. United States Department of Agriculture's Agricultural Outlook Forum, Plenary Speaker Session Moderated by the United States Secretary of Agriculture, Tom Vilsack, Washington, DC, February 23, 2023.

**Farm Labor in the United States and Michigan**. International Fruit Tree Association Annual Conference, Grand Rapids, MI, February 13, 2023.

**Agricultural Labor Trends**. Michigan Agri-Business Association Conference, Lansing, MI, January 11, 2023.

**Survey Evidence About Farm Labor Scarcity and Adaptation Strategies**. Great Lakes Expo, Grand Rapids, MI, December 7, 2022.

**NCAE's Labor Availability Survey**. National Council of Agricultural Employers Annual Agricultural Labor Forum, Las Vegas, NV, November 30, 2022.

**Agricultural Labor Outlook**. Michigan Agricultural Credit Conference, East Lansing, MI, October 25, 2022.

**Chinese Trade Competition and Rural Mexican Migration**. Agricultural and Applied Economics Association Annual Meeting, Anaheim, CA, August 2, 2022.

**Dollar Store Entry and Rural Welfare**. Agricultural and Applied Economics Association Annual Meeting, Anaheim, CA, August 2, 2022.

**Agricultural Labor and Bargaining Power**. Agricultural and Applied Economics Association Annual Meeting, Anaheim, CA, August 1, 2022.

**The Impact of Minimum Wage Shocks on Low-Skilled Workers in the United States: Evidence from the H-2A Visa Agricultural Guestworker Program**. Agricultural and Applied Economics Association Annual Meeting. Austin, TX, August 2, 2021.

**Actions the Biden Administration and Congress Can Take to Better Protect Farmworkers**. Economic Policy Institute, Virtual Presentation, February 10, 2021.

**No Farm Workers, No Food? Evidence From Specialty Crop Production.** United States Department of Agriculture Economic Research Service Challenges in Specialty Crop Production Workshop. Virtual Presentation, July 29, 2020.

**The Effects of a Declining Farm Labor Supply on California Agriculture**. University of California, Davis Global Migration Center Affiliate Meeting. Davis, CA, February 5, 2020.

**The Short-Run Impacts of Immigration on Native Workers: A Sectoral Approach**. Agricultural and Applied Economics Association Annual Meeting, Atlanta, GA, July 23, 2019.

**Adapting to Labor Scarcity**. Infaco Live Webinar Series. July 18, 2019.

**The Effects of a Declining Farm Labor Supply on California Agriculture**. Poster Session, University of California, Davis Economics Department Alumni Conference. Davis, CA, May 10, 2019.

**Farmworkers and Nonfarm Work: Evidence from the NAWS**. Department of Labor's NAWS at 30 Conference. Davis, CA, April 4, 2019.

**The Short-Run Impacts of Immigration on Native Workers: A Sectoral Approach**. Gifford Center for Population Studies, Migration Research Cluster Workshop. Davis, CA, December 6, 2018.

**Evidence of a Changing Farm Labor Supply**. University of California Agriculture and Natural Resources Cooperative Extension Annual Vegetable Crops Meeting. Davis, CA, November 27, 2018.

**Agricultural Labor in the United States.** Peruvian Delegation from Universidad Nacional Agraria La Molina. Davis, CA. November 5, 2018.

**Immigration and Economic Performance Across the Fifty United States from 1980-2015**. Poster Session, All-California Economics Labor Conference. Los Angeles, CA, October 4, 2018.