# EXHIBIT 12

N. FUENTES DECL. - 384

**From:** "wafla" <wafla@wafla.org>
**Date:** June 29, 2018 at 4:32:16 PM EDT
**To:**
**Subject: wafla WIRE June - Big Win for H2 Apple Growers, 2 Major Rulings, New Wenatchee Office!**
**Reply-To:** "Kim Bresler" <kbresler@wafla.org>

*Industry news from wafla, seasonal and AG employers premier HR association.*



Monthly Newsletter

### Director Update

*June 29, 2018*



Trade wars, immigration reform, huge court rulings, wage surveys. So much going on I don't know where to start!

Immigration reform is hot. Thanks to all who are calling members of Congress, we are hopeful for a vote on Rep. Goodlatte's AG Guestworker bill in July. We badly need H-2A reform.

Two significant Court rulings occurred in May - The U.S. Supreme Court ruling allowing arbitration agreements, and the WA Supreme Court ruling requiring hourly pay when piece rate workers perform work that is "outside the scope" of the piecework job.  See May 11 and 24 labor alerts here. Bottom line is that wafla developed guidance on both these issues - if you don't have an arbitration policy or a piece rate agreement, see the June 28 labor alert here. You will be glad you did.

==Saving the best news for last, in case you didn't hear, wafla appealed the piece rate wage survey published by ESD. The agency agreed and **removed all piece rates for apples for growers that utililize the H-2A program effective June 19.**  Access labor alert here== . ==This is a huge win and saved the apple industry millions. Really glad we could help.==

As always, thank you for being a wafla member!

Best Regards,

Dan Fazio, Director