1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, and JULIE SU, in her official capacity as Acting United States Secretary of Labor,<br><br>Defendants. | CASE NO.  C24-0637-JHC<br><br>**STIPULATION FOR ORDER RENOTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; ORDER THEREON**<br><br>NOTE ON MOTION CALENDAR:<br>May 30, 2024<br><br>Without Oral Argument |

WHEREAS this action was filed by Plaintiff on May 7, 2024, challenging the legality of U.S. Department of Labor's regulations, promulgated in 2022, that establish a process for determining prevailing wage rates, which is one of the wage sources that can apply to growers seeking to hire foreign agricultural workers pursuant to the H-2A temporary agricultural visa program, as well as certain policies and practices implementing those regulations; and

WHEREAS on May 10, 2024, Plaintiff filed a motion for preliminary injunction noted for June 7, 2024; and

WHEREAS to accommodate previously scheduled travel by the Department's counsel during the week of May 26, 2024, the parties agree that the motion may be renoted on the Court's motion calendar for June 14, 2024; and

WHEREAS because cherry harvest in Washington is expected to begin sometime in mid-June and the relief requested in the Plaintiff's motion would affect cherry-harvest wages, and because the Department's counsel has a previously scheduled vacation during the week of June 23, 2024, if oral argument is granted, the parties both desire to argue the matter on or before Friday, June 21, 2024,

NOW THEREFORE, the parties, through their respective counsel of record do hereby stipulate and agree as follows:

1.      Plaintiff's Motion for a Preliminary Injunction shall be renoted on the Court's motion calendar for Friday, June 14, 2024; and

2.      The parties jointly and respectfully request that oral argument, if granted, be heard on or before June 21, 2024.

SO STIPULATED:

DATED:  May 30, 2024.

COLUMBIA LEGAL SERVICES

*s/ Andrea Schmitt*
Andrea Schmitt, WSBA #39759

*s/ Joachim Morrison*
Joachim Morrison, WSBA #23094

*s/ Bonnie Linville*
Bonnie Linville, WSBA #49361

711 Capitol Way S., Ste. 706
Olympia, WA 98501
(360) 943-6260
andrea.schmitt@columbialegal.org
joe.morrison@columbialegal.org
bonnie.linville@columbialegal.org

BARNARD IGLITZIN & LAVITT, LLP

*s/ Kathleen Phair Barnard*
Kathleen Phair Barnard, WSBA #17896

18 West Mercer Street, Ste. 400
Seattle, WA 98119-3971
(206) 285-2828
barnard@workerlaw.com

STIPULATION FOR ORDER RENOTING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION; ORDER THEREON - 2
(Case No. C24-0637-JHC)

FARMWORKER JUSTICE

*s/ Lori Johnson*
Lori Johnson, North Carolina State Bar
Association #24227

1126 16th St. NW, Suite LL101
Washington, DC 20006
ljohnson@farmworkerjustice.org
*Admitted Pro Hac Vice*

*s/ Edward Tuddenham*
Edward Tuddenham, Texas State Bar
Association # 20282300

228 W 137th St.
New York, NY 10030
edwardtuddenham@gmail.com
*Admission pro hac vice pending*

Attorneys for Plaintiff Familias Unidas por la Justicia

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION FOR ORDER RENOTING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION; ORDER THEREON - 3
(Case No. C24-0637-JHC)

SO STIPULATED.

Dated:  May 30, 2024.

TESSA M. GORMAN
United States Attorney


*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney

Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
brian.kipnis@usdoj.gov

Attorneys for Federal Defendants




**ORDER**

IT IS HEREBY ORDERED, based upon the stipulation of the parties, as follows:

1.     Plaintiff's Motion for a Preliminary Injunction (Dkt. # 9) is hereby renoted on the Court's motions calendar for Friday, June 14, 2024; and

2.     The Court hereby grants Plaintiff's request for oral argument and calendars oral argument for Friday, June 21, 2024 at 3:00 p.m.

Dated: May 31, 2024.

JOHN H. CHUN
United States District Judge