IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, and JULIE SU, in her official capacity as Acting United States Secretary of Labor,<br><br>Defendants. | CASE NO. 24-cv-00637-JHC<br><br>**ORDER GRANTING MOTION TO EXTEND TIME** |

Before the Court is Defendants' Motion to Extend Time to Respond to Complaint. Dkt. # 41. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. The motion is noted for July 24, 2024, but it has been fully briefed and the Court does not see a reason to wait to rule on it. Being fully advised, the Court GRANTS the motion. Defendants shall have until July 31, 2024, to file their response to the complaint filed herein.

DATED this 19th day of July 2024.

JOHN H. CHUN
United States District Judge

ORDER GRANTING MOTION TO EXTEND TIME
(Case No. 2:24-cv-00637-JHC) - 1