IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, and JULIE SU, in her official capacity as Acting United States Secretary of Labor,<br><br>Defendants. | CASE NO.  C24-0637JHC<br><br>**SCHEDULING ORDER** |

The Court, having considered the amended joint status report of the parties, hereby establishes the following deadlines that shall apply in this matter:

| | |
|---|---|
| Filing of Administrative Record with or without motion to seal: | October 31, 2024 |
| Non-Dispositive Motion Cut-off date: | January 15, 2025 |
| Dispositive Motion Cut-off date: | March 15, 2025. |

DATED this 7th day of October 2024.

_____
JOHN H. CHUN

SCHEDULING ORDER - 1
(Case No. C24-0637JHC)