IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, and JULIE SU, in her official capacity as Acting United States Secretary of Labor,<br><br>Defendants. | CASE NO. C24-0637JHC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO RENOTE MOTION FOR DISCOVERY AND EXTEND TIME FOR DEFENDANTS' RESPONSE THERETO** |

On Defendants' United States Department of Labor, and Julie Su, Acting Secretary of Labor, unopposed motion (Dkt. # 72) for an order renoting Plaintiff's motion for discovery (Dkt. # 69) and to extend the time by which Defendants must file their responses thereto, and good cause having been shown,

IT IS HEREBY ORDERED that the motion is granted, and that Plaintiff's motion for discovery (Dkt. # 69) shall be renoted for November 15, 2024, all Defendants' time to respond to

///

///

///

///

the aforesaid motion shall be extended to Friday, November 8, 2024, and Plaintiff's time to reply shall be extended to Friday, November 15, 2024.

DATED this 30th day of October 2024.

_____
JOHN H. CHUN
United States District Judge