UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; JULIE A SU, in her official capacity, Acting United States Secretary of Labor; WASHINGTON STATE EMPLOYMENT SECURITY DEPARTMENT, CAMI FEEK,<br><br>Defendants. | CASE NO. 2:24-cv-00637-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

The Court DIRECTS Plaintiff to file a response to the motion for reconsideration at Dkt. # 92. The deadline for such response is Friday, December 6, 2024, and it shall not exceed 2,100 words.

MINUTE ORDER - 1

Dated this 27th day of November 2024.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2