UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>     Plaintiff,<br><br>  vs.<br><br>UNITED STATES DEPARTMENT OF LABOR, and JULIE SU in her official capacity Acting United States Secretary of Labor,<br><br>and<br><br>WASHINGTON STATE EMPLOYMENT SECURITY DEPARTMENT, and CAMI FEEK in her official capacity as Commissioner of Employment Security,<br><br>     Defendants. | No. 2:24-cv-00637-JHC<br><br>ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO RENOTE PLAINTIFF'S MOTION TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD (DKT. #85) AND EXTENDING TIME TO REPLY |

  This matter comes before the Court on Plaintiff's Unopposed Motion to Renote Plaintiff's Motion to Complete and Supplement the Administrative Record

ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO
RENOTE PLAINTIFF'S MOTION TO COMPLETE
AND SUPPLEMENT THE ADMINISTRATIVE
RECORD (DKT. #85) AND EXTENDING TIME TO
REPLY - 1

(Dkt. # 85) and Extending Time for Reply. Dkt. # 99.  Plaintiff makes the motion in order to permit a consolidated memorandum addressing the points made by Federal Defendants in its Cross-Motion to (1) Supplement the administrative record and (2) for Partial summary judgment.

The Court GRANTS Plaintiff's motion.  The Court DIRECTS the Clerk to renote the motion at Dkt. # 85 for December 17, 2024.  Plaintiff's reply as to that motion, which will be a consolidated memorandum, is due that day.

Dated this 4th day of December, 2024.

John H. Chun
United States District Judge