UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; JULIE A SU, in her official capacity, Acting United States Secretary of Labor; WASHINGTON STATE EMPLOYMENT SECURITY DEPARTMENT; CAMI FEEK, in her official capacity, Commissioner of Employment Security,<br><br>Defendants. | CASE NO. 2:24-cv-00637-JHC<br><br>ORDER |

This matter comes before the Court on the Federal Defendants' Motion for Reconsideration of Order Granting Discovery (Dkt. # 88). Dkt. # 92. "Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). Federal Defendants do not satisfy this standard.

ORDER - 1

In its order granting extra-record discovery, the Court said, "If DOL believes this claim is meritless as a matter of law, it should move to dismiss, so the Court has the benefit of full briefing on this issue. The limited discussion presented thus far does not suffice for the Court to determine whether there is final agency action." Dkt. # 88 at 4. Federal Defendants say that the Court erred by declining to determine whether there was final agency action because Plaintiffs alleged that DOL took no action regarding the 2022 ESD survey results. Dkt. # 92 at 2. Federal Defendants say that this allegation amounts to an admission that there was no final agency action. *Id.* at 2–3. Plaintiff disagrees, saying that it alleged in the complaint that DOL violated the APA by failing to act for 10 months. Dkt. # 101 at 4.

Federal Defendants do not identify any manifest error in the Court's Order. Accordingly, the Court DENIES the Motion for Reconsideration. Dkt. # 92.

Dated this 2nd day of January, 2025.

John H. Chun
United States District Judge

ORDER - 2