WAWD – Praecipe (Revised 6/2021)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>　　　　　　　　　Plaintiff(s),<br>　v.<br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br><br>　　　　　　　　　Defendant(s). | CASE NO. 2:24-cv-00637-JHC<br><br>PRAECIPE |

To the Clerk of the above-entitled court:
You will please:

Replace pages 207-274 (bates stamped as AR01245-1312) and pages 521-522 (bates stamped as AR01375-1376) of Part 3 of the Non-Rulemaking Administrative Record, filed at Dkt. 76-3, with the attached pages, also stamped as AR01245-1312 and AR01375-1376. The previously-filed pages consisted of fillable PDFs that had not been flattened before the Administrative Record was compiled, resulting in the clearing of those fields. The attached replacement pages have been flattened, preserving the information typed in the fillable fields. No further edits or changes have been made.

Dated: 1/8/2025

/s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: brian.kipnis@usdoj.gov

PRAECIPE - 1