UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF LABOR et al.,<br><br>                Defendants. | No. 2:24-cv-00637-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR STAY OF CASE DEADLINES |

This matter comes before the Court on Plaintiff's Motion for Stay of Case Deadlines. Dkt. # 119. The Court has reviewed the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Plaintiff, the Court GRANTS the motion.

The non-dispositive and dispositive motion deadlines in Dkt. #66 are STAYED until the following pending motions are resolved:

ORDER GRANTING PLAINTIFF'S MOTION FOR
STAY OF CASE DEADLINES - 1

    1) Plaintiff's motion to complete and supplement the record, Dkt. # 85;

    2) Defendants' cross-motion to supplement the record and for partial summary judgment, Dkt. # 89;

    3) Plaintiff's motion for order of civil contempt, Dkt. # 103; and

    4) Plaintiff's motion to file second amended complaint, Dkt. # 111.

The parties are ORDERED to submit a joint status report suggesting new deadlines within one week from the date the last of the above pending motions is decided.

DATED this 24th day of January, 2025.

                                                _____
                                                John H. Chun
                                                United States District Judge