1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF LABOR; VINCENT N. MICONE, III, in his official capacity as Acting United States Secretary of Labor,<br><br>                    Defendants. | CASE NO. 2:24-cv-00637-JHC<br><br>CASE SCHEDULING ORDER |

    This matter comes before the Court on the parties' Joint Status Report.  Dkt. # 132.  The

Court sets the following deadlines:

| | |
|---|---|
| Non-Dispositive Motion Cutoff | March 14, 2025 |
| Dispositive Motion Cutoff for all dispositive motions (the last date on which any dispositive motions may be filed) but excluding cross-motions. | May 16, 2025 |

//

CASE SCHEDULING ORDER - 1

Dated this 24th day of February, 2025.


John H. Chun
United States District Judge

CASE SCHEDULING ORDER - 2