UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, | CASE NO. 2:24-cv-00637-JHC |
|---|---|
| Plaintiff, | CASE SCHEDULING ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER in her official capacity as United States Secretary of Labor,[1] | |
| Defendants. | |

This matter comes before the Court on the parties' Joint Status Report. Dkt. # 148. The Court sets the following deadlines:

| Discovery Motion Cutoff | May 15, 2025 |
|---|---|
| Dispositive Motion Cutoff for all dispositive motions (the last date on which any dispositive motion may be filed) but excluding cross-motions. | June 30, 2025 |

---

[1] Defendants substituted Lori Chavez-DeRemer, U.S. Secretary of Labor, for former Acting U.S. Secretary of Labor Vincent N. Micone, III. Dkt. # 148 at 1 n.1.

CASE SCHEDULING ORDER - 1

Dated this 9th day of April, 2025.

*John H. Chun*

John H. Chun
United States District Judge

CASE SCHEDULING ORDER - 2