UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER in her official capacity as United States Secretary of Labor,<br><br>Defendants. | CASE NO. 2:24-cv-00637-JHC<br><br>ORDER |

As stated at the in-court hearing held on April 15, 2025, Dkt. # 157, the Court partially STAYS its second preliminary injunction, Dkt. # 145. Until further order of the Court, the Court stays the following portions of its second preliminary injunction ordering the United States Department of Labor (DOL) to:

- Immediately rescind and modify all AEWR-only job orders approved for beneficiaries of the *Barton* preliminary injunction located in Washington since November 25, 2024;

ORDER - 1

- Inform all relevant employers in Washington that to continue to employ H-2A workers, they must unequivocally offer and pay the conforming prevailing piece rate wage under the 2020-Survey prevailing wage rates in compliance with the Ninth Circuit's conclusion on the application of 20 C.F.R. §§ 655.120(a) and 655.122(l) in *Torres Hernandez v. Su*, 2024 WL 2559562, at *1 (9th Cir. May 24, 2024);

- Inform all relevant employers in Washington that they must expeditiously disclose updated terms and conditions of work to their employees

The second preliminary injunction otherwise remains in effect.

Dated this 15th day of April, 2025.

John H. Chun
United States District Judge

ORDER - 2