IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD SALMON RIVERS d/b/a THE CONSERVATION ANGLER; and WILD FISH CONSERVANCY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; and UNITED STATES DEPARTMENT OF COMMERCE,<br><br>Defendants. | Case No. 3:21-cv-00116-JHC<br><br>STIPULATED MOTION TO EXTEND INITIAL DEADLINES AND ORDER |

**STIPULATED MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs Wild Salmon Rivers d/b/a/ The Conservation Angler and Wild Fish Conservancy (collectively, "Conservation Groups") and Defendants the U.S. Department of Commerce and National Marine Fisheries Service (collectively, "the Service") hereby stipulate and respectfully move the Court to extend the initial deadlines set by the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. No. 11 ("Order"), by thirty days.

Good cause exists for the requested extension. Since the complaint was filed on January 17, 2025, the Conservation Groups and the Service (collectively, the "Parties") have engaged in

early settlement efforts. Those efforts are ongoing. The Parties seek to extend the initial deadlines set by the Court's Order so that they may continue to focus their efforts on settlement.

Accordingly, the Parties stipulate to and move the Court for a 30-day extension of the deadlines set by the Court's Order as follows:

| Deadline | Current Schedule | Proposed Amended Schedule |
|---|---|---|
| FRCP 26(f) Conference | April 16, 2025 | May 16, 2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | April 30, 2025 | May 30, 2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | May 5, 2025 | June 4, 2025 |

RESPECTFULLY SUBMITTED this 15th day of April 2025.

KAMPMEIER & KNUTSEN, PLLC

By: s/ Brian A. Knutsen
Brian A. Knutsen, WSBA No. 38806
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
Telephone: (503) 841-6515
Email: brian@kampmeierknutsen.com

Erica L. Proulx, WSBA No. 60155
705 Second Avenue, Suite 901
Seattle, Washington 98104
Telephone: (206) 739-5184
erica@kampmeierknutsen.com

*Attorneys for Plaintiffs Wild Salmon Rivers d/b/a The Conservation Angles and Wild Fish Conservancy*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
NICOLE SMITH, Assistant Section Chief

By: s/ Maggie Baker Smith
Maggie Baker Smith, WBSA No. 42658
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
7600 Sand Point Way, NE
Seattle, Washington 98155
Phone: (202) 598-3088
Fax: (202) 305-0275
Email: maggie.smith@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION TO EXTEND INTIAL
DEADLINES AND ORDER – 2
Case No. 2:25-cv-00116-JHC

**ORDER**

PURSUANT TO STIPULATED MOTION, IT IS SO ORDERED.

DATED this 15th day of April, 2025.

_____
JOHN H. CHUN
United States District Judge