IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, and LORI CHAVEZ-DeREMER, in her official capacity as United States Secretary of Labor,<br><br>Defendants. | CASE NO. C24-0637JHC<br><br>**JOINT STIPULATION FOR ORDER EXTENDING NOTING DATE ON DEFENDANTS' MOTION TO ALTER OR AMEND PRELIMINARY INJUNCTION & ORDER**<br><br>(Note on Motion Calendar for: April 18, 2025) |

WHEREAS on April 14, 2025, Defendants filed a motion to alter or amend the preliminary injunction entered in this action on March 28, 2025 (Dkt. # 154); and

WHEREAS on April 15, 2025, the Court ordered that Defendants' motion be renoted to April 24, 2025, and Plaintiff's opposition to the motion be filed by April 18, 2025; and

WHEREAS following the Court's April 15 hearing, the parties have engaged in negotiations in pursuit of an agreement to modify the terms of the preliminary injunction and thereby make it unnecessary for the Court to adjudicate Defendants' motion to alter or amend; and

WHEREAS the parties mutually agree that those discussions have been productive and that they have made progress toward agreement, but they have not yet reached agreement; and

JOINT STIPULATION FOR ORDER EXTENDING NOTING DATE ON
DEFENDANTS' MOTION TO ALTER OR AMEND
PRELIMINARY INJUNCTION & ORDER- 1
(Case No. C24-0637JHC)

WHEREAS the parties are mutually desirous of renoting Defendants' motion and extending the due date for Plaintiff's opposition to allow their negotiations to continue,

NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

**Defendants' motion to alter or amend the second preliminary injunction pursuant to Rule 59(e), Fed. R. Civ. P., (Dkt. # 154) shall be renoted to April 29, 2025. Plaintiff's time to respond to Defendants' motion shall be extended to April 23, 2025.**

SO STIPULATED.

DATED this 18th day of April 2025.

TEAL LUTHY MILLER
Acting United States Attorney

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendants

SO STIPULATED.

DATED this 18th day of April 2025.

COLUMBIA LEGAL SERVICES

*s/ Andrea Schmitt*
Andrea Schmitt, WSBA #39759
711 Capitol Way S., Ste. 706
Olympia, WA 98501
(360) 943-6260
andrea.schmitt@columbialegal.org

Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of April 2025.

_____
JOHN H. CHUN
United States District Judge

JOINT STIPULATION FOR ORDER EXTENDING NOTING DATE ON
DEFENDANTS' MOTION TO ALTER OR AMEND
PRELIMINARY INJUNCTION & ORDER- 3
(Case No. C24-0637JHC)