Judge Chun

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAMILIAS UNIDAS POR LA JUSTICIA,
AFL-CIO, a labor organization

                    Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
LABOR, and LORI CHAVEZ-DeREMER, in
her official capacity as United States Secretary
of Labor,

                    Defendants.

CASE NO.  C24-0637JHC

**STIPULATION FOR ORDER
ESTABLISHING BRIEFING
SCHEDULE AND EXTENDING
DISPOSITIVE MOTION CUT-OFF
DATE; ORDER THEREON**

(Note on Motion Calendar for:
   June 10, 2025)

WHEREAS on May 14, 2025, Plaintiff filed a motion for partial summary judgment, which is presently noted on the Court's motion calendar for June 11, 2025 (Dkt. # 165); and

WHEREAS the parties have agreed on a briefing schedule on cross-motions for summary judgment which they are requesting the Court to order; and

WHEREAS on June 4, 2025, Plaintiff filed a motion to extend the dispositive motion cut-off date to November 30, 2025, in order to allow for a possible future motion for summary judgment on its non-response bias claim (Dkt. # 170); and

WHEREAS Defendants do not object to Plaintiff's request to move the dispositive motion cut-off date for this purpose;

NOW THEREFORE, the parties, through their respective attorneys of record, do hereby

STIPULATION FOR ORDER ESTABLISHING BRIEFING SCHEDULE AND EXTENDING
MOTION CUT-OFF DATE; ORDER THEREON - 1
(Case No. C24-0637JHC)

stipulate and agree that the Court may make and enter the following order:

1.  Plaintiff's motion for partial summary judgment (Dkt. # 165) is renoted and a briefing schedule established as follows:

      a.      Defendants' Opposition and Cross-Motion for Summary Judgment (limited to 8,400 words) shall be filed no later than Tuesday, June 24, 2025.

      b.      Plaintiffs' Reply and Opposition to Defendants' Cross-Motion for Summary Judgement (limited to 8,400 words) shall be filed no later than July 2, 2025.

      c.      Defendants' Reply Memorandum (limited to (4,200 words) shall be filed no later than July 18, 2025

      d.      Both Plaintiff's motion for partial summary judgment and Defendants' cross-motion for summary judgment shall be noted for July 18, 2025.

2.  The non-dispositive motion cut-off date shall be continued to September 30, 2025, for the limited purpose of permitting Plaintiff to move to supplement the record to permit the addition of a report of an opinion by Plaintiff's expert witness in support of its non-response bias claim.

3.  The dispositive motion cut-off date shall be continued to November 30, 2025, to allow Plaintiff to move for summary judgment on its non-response bias claim.

///

///

///

///

///

///

///

///

///

///

///

STIPULATION FOR ORDER ESTABLISHING BRIEFING SCHEDULE AND EXTENDING
MOTION CUT-OFF DATE; ORDER THEREON - 2
(Case No. C24-0637JHC)

1       4.  Plaintiff's Motion for Limited Extension of Case Deadlines (Dkt # 170) shall be denied as

2 moot.

3 **SO STIPULATED.**

4

      DATED this 10th day of June 2025.

5

6               TEAL LUTHY MILLER
              Acting United States Attorney

7

8               */s/ Brian C. Kipnis*
              BRIAN C. KIPNIS
9               ANNALISA CRAVENS
              Assistant United States Attorneys
10               Office of the United States Attorney
              5220 United States Courthouse
11               700 Stewart Street
              Seattle, Washington 98101-1271
12               Phone: (206) 553-7970
              E-mail: brian.kipnis@usdoj.gov
13

14               Attorneys for Defendants

15               I certify that this memorandum contains 341 words,
              in compliance with Local Civil Rule LCR 7(e)(2).

16

17

18 **SO STIPULATED.**

19

      DATED this 10th day of June 2025.

20

21               COLUMBIA LEGAL SERVICES

22

23               *s/ Andrea Schmitt*
              Andrea Schmitt, WSBA #39759
              711 Capitol Way S., Ste. 706
24               Olympia, WA 98501
              (360) 943-6260
25               andrea.schmitt@columbialegal.org

26               Attorneys for Plaintiff

27

28 STIPULATION FOR ORDER ESTABLISHING BRIEFING SCHEDULE AND EXTENDING
MOTION CUT-OFF DATE; ORDER THEREON - 3
(Case No. C24-0637JHC)

1

**ORDER**

2

3          IT IS SO ORDERED.  The Court DIRECTS the Clerk to re-note the motion at Dkt. # 165 for

4    July 18, 2025.  The Court DENIES as moot the motion at Dkt. # 170.

5

6          DATED this 11th day of June 2025

7

8

9          _____
           JOHN H. CHUN
10         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION FOR ORDER ESTABLISHING BRIEFING SCHEDULE AND EXTENDING
     MOTION CUT-OFF DATE; ORDER THEREON - 4
     (Case No. C24-0637JHC)