UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER in her official capacity as United States Secretary of Labor,<br><br>Defendants. | CASE NO. 2:24-cv-00637-JHC<br><br>ORDER |

  This matter comes before the Court sua sponte.  In light of Plaintiff's pending Motion to File Supplemental and Third Amended Complaint, Dkt. # 175, the Court DIRECTS the Clerk to re-note Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction Enjoining DOL from Replacing 2020 Prevailing Wages with 2022 "No Finding" Results, Dkt. # 176, to July 25, 2025.

  The deadline for Defendants to file an opposition to the motion at Dkt. # 176 is July 21, 2025.  The deadline for Plaintiff to file a reply in support of the motion at Dkt. # 176 is July 25, 2025.

ORDER - 1

Dated this 24th day of June, 2025.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2