The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF LABOR, and LORI CHAVEZ-DEREMER in her official capacity as United States Secretary of Labor,<br><br>Defendants. | No. 2:24-cv-00637-JHC<br><br>JOINT STATUS REPORT |

## I.  PLAINTIFF'S PROPOSAL

On July 28, 2025, the Court issued an order vacating the existing case deadlines and ordering the parties to submit a joint status report proposing new deadlines by August 11, 2025. Dkt. #196. The same order granted Plaintiff leave to file its Supplemental and Third Amended Complaint, *id.* at 17, which it filed the same day, Dkt. #197.

The Court's order also granted the parties leave to amend or supplement their pending cross-motions for summary judgment within 30 days of the filing of the Supplemental and Third Amended Complaint, Dkt. #196 at 17, making the deadline for supplementation August 27, 2025. The Court also ordered that if the parties did not wish to amend or supplement their summary judgment filings, they were to file a notice of intention not to amend or supplement

JOINT STATUS REPORT - 1

within 14 days of the filing of the Supplemental and Third Amended Complaint, *id.*, making that deadline August 11, 2025. Plaintiff filed a notice of intent not to supplement on July 31, 2025. Dkt. #198. Defendants have informed Plaintiff that they intend to supplement their pending motion for summary judgment and that they do not intend to supplement the administrative record.

**Dispositive Motion Deadline**

Plaintiff's Supplemental and Third Amended Complaint, Dkt. #197, adds to the complaint the fact that DOL approved and published ESD's 2022-Survey prevailing wage findings on June 19, 2025. Dkt. #197 at ¶ 45. Plaintiff believes that this provides the necessary "final agency action" to allow for APA review of several of the claims that this Court disallowed in its February 4, 2025 order, Dkt. #127 at 8-10.

Plaintiff plans to file a single motion for summary judgment on all remaining claims as soon as possible. While Plaintiff hopes that local-market farmworker wages for this fall's pear, berry, and apple harvests will be protected by a ruling on Plaintiff's currently pending motion for TRO/Preliminary Injunction, Dkt. #176, Plaintiff wishes to have its claims resolved in time to affect the prevailing-wage process for the 2026 harvest season, at least.

In order to allow the court to rule on a potential motion to supplement the Administrative Record (see below- proposed deadline September 30) before filing its second motion for summary judgment, Plaintiff suggests a dispositive motion deadline of November 17, 2025.

As Defendants plan to file supplemental memorandum on their pending cross motion for summary judgment (suggested word limit 4,200 words), a new response and reply schedule for that motion will be needed. Defendant states below that it will file on August 27, 2025.  In order to keep the case moving along, Plaintiff suggests that Plaintiff's Response/Reply (4,200 words)

JOINT STATUS REPORT - 2

be due on September 12 and that Defendants' Reply (2,100 words) be due on September 19, with a noting date of September 19.

1. **Non-dispositive Motion Deadline**

The Court granted Plaintiff's motion for discovery, Dkt. #88, and it denied Defendants' motion for reconsideration, Dkt. #114. The discovery granted was data and information from ESD, with a possible limited deposition if Plaintiff is unable to obtain the necessary information in writing. Dkt. #88. ESD is now a third party to the case, in light of the Court's ruling at Dkt. #117.

Discovery from ESD proceeded in two phases. An initial data set was produced on April 21, 2025, and a corrected data set was produced on June 5, 2025. Plaintiffs submitted follow-up requests for information about ESD's methodology on June 11, 2025, and ESD responded to most of those inquiries on July 29, 2025. Plaintiff believes that discovery is now essentially complete regarding the 2022 survey results. Plaintiff and its expert must now analyze the data and determine whether it will move to have a report by its expert added to the record.

Because, in Plaintiff's view, Defendants have taken "final agency action" as to a number of Plaintiff's challenges to the 2022-Survey findings, Plaintiffs may also seek to supplement the Administrative Record to provide information necessary to evaluate whether Defendants have considered all important factors in their approval of those findings.

**Plaintiff's Proposed Case Schedule:**

| Event | Plaintiff's Proposed Deadline |
|---|---|
| Plaintiff's Response/Reply on Defendants' Supplemental Memorandum on pending Cross-Motion for Summary Judgment (4,200 words) | September 12, 2025 (4,200-word limit) |

JOINT STATUS REPORT - 3

| Event | Plaintiff's Proposed Deadline |
|---|---|
| Defendants' Reply on Supplemental Memorandum on pending Cross-Motion for Summary Judgment | September 19, 2025 (2,100-word limit) |
| Noting date for Supplemental or Amended Summary Judgment | September 19, 2025 |
| **Non-Dispositive Motion Cutoff** | **September 30, 2025** |
| **Dispositive Motion Cutoff** | **November 17, 2025** |

## II.    DEFENDANTS' PROPOSAL

A.    Defendants' will file a supplemental memorandum in support of its cross-motion for summary judgment to address newly alleged claims in Plaintiff's third amended complaint (including those claims that it previously waived) within the date prescribed by the Court. Defendants recommend that the Court impose the following limits on this briefing:

1. Defendants' supplemental memorandum to be filed on August 27, 2025 (4,200 word limit).

2. Plaintiff's opposition shall be due 28 days after the filing date of the supplement (4,200 word limit).

3. Defendants' supplemental reply to be filed 35 days after the filing date of the supplement (2,100 word limit).

4. The parties' cross-motions, including Defendants' supplemental cross-motion for summary judgment shall be noted for October 1, 2025.

B.    Defendants do not believe it is necessary to extend the non-dispositive motion cut-off date again.

C.    Defendants propose a dispositive motion cut-off date of November 5, 2025.

JOINT STATUS REPORT - 4

DATED this 11th day of August, 2025.

| COLUMBIA LEGAL SERVICES | BARNARD IGLITZIN & LAVITT LLP |
|---|---|
| s/ *Andrea Schmitt* <br> Andrea Schmitt, WSBA #39759 | s/ *Kathleen Phair Barnard* <br> Kathleen Phair Barnard, WSBA #17896 <br> 18 West Mercer Street, Ste. 400 <br> Seattle, WA 98119-3971 <br> (206) 257-6002 <br> barnard@workerlaw.com |
| s/ *Joachim Morrison* <br> Joachim Morrison, WSBA #23094 | |
| s/ *Bonnie Linville* <br> Bonnie Linville, WSBA #49361 <br> 711 Capitol Way S., Ste. 706 <br> Olympia, WA 98501 <br> (360) 943-6260 <br> andrea.schmitt@columbialegal.org; <br> joe.morrison@columbialegal.org; <br> bonnie.linville@columbialegal.org | |

FARMWORKER JUSTICE

s/ *Lori Johnson*
Lori Johnson, North Carolina State Bar Association #24227
1126 16th St. NW, Suite LL101
Washington, DC 20006
ljohnson@farmworkerjustice.org
*Admitted Pro Hac Vice*


s/ *Edward Tuddenham*
Edward Tuddenham, Texas State Bar Association # 20282300
228 W 137th St.
New York, NY 10030
edwardtuddenham@gmail.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Familias Unidas por la Justicia*


TEAL LUTHY MILLER
Acting United States Attorney

JOINT STATUS REPORT - 5

1

2   */s/ Brian C. Kipnis*
    BRIAN C. KIPNIS
    ANNALISA L. CRAVENS
3   Assistant United States Attorneys
    Office of the United States Attorney
4   5220 United States Courthouse
    700 Stewart Street
5   Seattle, Washington 98101-1271
    Phone: 206 553 7970
    E-mail: brian.kipnis@usdoj.gov
6           annalisa.cravens@usdoj.gov

7   Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

JOINT STATUS REPORT - 6