UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER in her official capacity as United States Secretary of Labor,<br><br>Defendants. | CASE NO. 2:24-cv-00637-JHC<br><br>SCHEDULING ORDER |
|---|---|

This matter comes before the Court on the parties' Joint Status Report. Dkt. # 202. The Court sets the following deadlines:

| Non-Dispositive Motions Due: | September 30, 2025 |
|---|---|
| Dispositive Motions (excluding Cross-Motions) Due: | December 1, 2025 |
| Defendants' Cross-Motion and Response to Plaintiff's Motion for Summary Judgment Due: | 21 days after filing of Plaintiff's Motion for Summary Judgment, in accordance with LCR 7(d)(4). Defendants may move for an extension of this deadline if necessary. |

SCHEDULING ORDER - 1

1  Dated this 27th day of August, 2025.

*John H. Chun*

John H. Chun
United States District Judge

SCHEDULING ORDER - 2