IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR and SECRETARY LORI CHAVEZ-DeREMER,<br><br>Defendants. | CASE NO. 2:24-cv-00637-JHC<br><br>**STIPULATED MOTION & ORDER FOR LEAVE TO FILE THE THIRD SUPPLEMENTAL CERTIFIED ADMINISTRATIVE NON-RULEMAKING RECORD**<br><br>Noted: September 30, 2025 |

Plaintiff Familias Unidas por la Justicia and Defendants U.S. Department of Labor and the Secretary of Labor hereby jointly move for leave to file the third supplemental certified administrative non-rulemaking record, which contains records from the Department of Labor that underlie the issuance of the 2022-survey wages. The records consist of a memorandum, which is filed on CM/ECF, and three Excel spreadsheets, which will be filed with the Court in their native form. As reflected in the index, the records are Bates stamped AR01702–AR01707.

Dated September 30, 2025.

Respectfully submitted,

| | |
|---|---|
| COLUMBIA LEGAL SERVICES | TEAL LUTHY MILLER<br>Acting United States Attorney |
| s/ Andrea Schmitt<br>ANDREA SCHMITT, WSBA #39759<br>JOACHIM MORRISON, WSBA #23094<br>BONNIE LINVILLE, WSBA #49361<br>E-Mail: andrea.schmitt@columbialegal.org<br>  joe.morrison@columbialegal.org<br>  bonnie.linville@columbialegal.org | *s/ Annalisa L. Cravens*<br>Assistant United States Attorney<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Email: annalisa.cravens@usdoj.gov |
| BARNARD IGLITZIN & LAVITT LLP | *Counsel for Defendants* |
| s/ Kathleen Barnard<br>KATHLEEN PHAIR BARNARD<br>WSBA #17896<br>E-mail: barnard@workerlaw.com | I certify this document contains 85 words, in compliance with the Local Civil Rules. |
| FARMWORKER JUSTICE | |
| s/ Lori Johnson<br>LORI JOHNSON<br>North Carolina State Bar Assn. #24227<br>E-mail: ljohnson@farmworkerjustice.org<br>*Admitted Pro Hac Vice* | |
| EDWARD TUDDENHAM<br>s/ Edward Tuddenham<br>New York State Bar #2155810<br>E-mail: edwardtuddenham@gmail.com<br>*Admitted Pro Hac Vice* | |
| *Counsel for Plaintiffs* | |

STIPULATED MOTION & ORDER FOR LEAVE TO FILE THE THIRD SUPPLEMENTAL
CERTIFIED ADMINISTRATIVE NON-RULEMAKING RECORD - 2
(Case No. C24-0637JHC)

**ORDER**

The third supplemental certified administrative non-rulemaking record (AR01702–AR01707) is accepted into the record.

It is so ORDERED.

Dated October 1, 2025.

*John H. Chun*
_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE