UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER in her official capacity as United States Secretary of Labor,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00637-JHC<br><br>ORDER |

　　　This matter comes before the Court on the parties' November 19, 2025, Joint Status Report. Dkt. # 224. Having reviewed the parties' proposals, the Court sets the following deadlines:

| Plaintiff's Motion to Supplement Administrative Record and Admit Extra-record Evidence, Dkt. # 208 ||
|---|---|
| Defendants' Response | December 22, 2025 |
| Plaintiff's Reply | January 5, 2025 |
| The Court DIRECTS the Clerk to renote this motion for January 5, 2025. ||

ORDER - 1

| Plaintiff's Motion to Seal | |
|---|---|
| Defendants' Response | Within 10 days after the Court rules on Plaintiff's Motion to Supplement. |
| Plaintiff's Reply | 10 days after Defendants' Response to Plaintiff's Motion to Seal is filed. |
| **Parties' Summary Judgment Motions** | |
| Plaintiff's Partial Motion for Summary Judgment to be filed (or refiled) | Within 21 days after the Court rules on Plaintiff's Motion to Supplement. |
| Defendants' Response to Plaintiff's Partial Motion for Summary Judgment and Cross-Motion for Summary Judgment (8,400-word limit) | 21 days after Plaintiff's Partial Motion for Summary Judgment is filed (or refiled). |
| Plaintiff's Reply and Response to Defendants' Cross-Motion for Summary Judgment (4,200-word limit) | 21 days after Defendants' Response to Plaintiff's Partial Motion for Summary Judgment and Cross-Motion for Summary Judgment is filed. |
| Defendants' Reply (2,100-word limit) | 14 days after Plaintiff's Response to Defendants' Cross-Motion for Summary Judgment is filed. |
| **Dispositive Motion Cutoff** March 1, 2026 | |

Dated this 24th day of November, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2