**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, A LABOR ORGANIZATION;<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, AND LORI CHAVEZ-DEREMER IN HER OFFICIAL CAPACITY UNITED STATES SECRETARY OF LABOR,<br><br>Defendants. | NO.  2:24-cv-00637-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL |

This matter comes before the Court pursuant to Local Civil Rule 5(g) and Plaintiff Familias Unidas por la Justicia, AFL-CIO (Familias's) Motion to Seal its Motion for Partial Summary Judgment.  Dkt. # 214.  The motion is unopposed. For the reasons below, the Court GRANTS the motion to seal.

On March 17, 2025, this Court entered a Stipulated Limited Protection Order ("Protective Order") regarding documents produced by the Washington ESD.  Dkt. #142.  The Protective Order extends to "(1) any information copied or

ORDER PERMITTING FILING
UNDER SEAL

1

extracted from confidential material; (2) all copies, excerpts, summaries, or compilations of confidential material; and (3) any testimony, conversations, or presentations by parties or their counsel that might reveal confidential material." *Id*. at 2-3.

Determining whether to seal a document requires the court to balance the competing interests of the public and those who benefit by keeping the document private. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Compelling interests sufficient to justify sealing court records exist when the records "'might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Considering the interests of ESD, who ordinarily shields this information from public access, and the interests of the public, the Court finds that sealing the motion and permitting public filing of the redacted motion balances the competing interests.

IT IS HEREBY ORDERRED that Plaintiff's Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Partial Summary Judgment shall be filed under seal.
//

//

ORDER PERMITTING FILING
UNDER SEAL

DATED this 2nd day of February, 2025.

John H. Chun
United States District Judge

ORDER PERMITTING FILING
UNDER SEAL

3