**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, A LABOR ORGANIZATION;<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR, AND LORI CHAVEZ-DEREMER IN HER OFFICIAL CAPACITY UNITED STATES SECRETARY OF LABOR,<br><br>     Defendants. | NO.  2:24-cv-00637-JHC<br><br>JOINT STIPULATION & ORDER DISMISSING CERTAIN CLAIMS WITHOUT PREJUDICE<br><br><br>Note on Motion Calendar: March 2, 2026 |

The parties to this matter, through counsel, respectfully submit this Stipulation requesting that the Court enter an order that certain of Plaintiff's claims, described below, are hereby withdrawn and dismissed without prejudice.

Currently pending in the case are: 1) cross motions for partial summary judgment, briefing for which was completed in July 2025, Dkt. Nos. 165, 185, 187, 191; and 2) second cross motions for partial summary judgment, the initial motion for which was filed by Plaintiff on February 20, 2026, and the cross

JOINT STIPULATION & ORDER
DISMISSING CERTAIN CLAIMS
WITHOUT PREJUDICE - 1

motion by Defendants, which is forthcoming. The parties have conferred, and they intend that these cross motions together will fully resolve the claims in the case. This stipulation establishes which claims alleged in Plaintiff's operative complaint (Dkt. # 197) the parties agree shall be withdrawn and dismissed and do not require merits rulings for the purposes of the upcoming motions and cross motions for summary judgment or in the case going forward.

Claims the parties agree will be withdrawn and dismissed without prejudice are:

1. APA claims as to ESD's general use of "unnecessary and overly complex methodology" to determine numbers of employers and workers in a crop activity, the factual basis for which is laid out in Dkt. #197 (the operative Third Amended and Supplemental Complaint (3AC)) at section IV(D)(3), paragraphs 72-83.

2. The APA facial rule challenge to the "5-Employer Rule," the factual basis for which is laid out in Dkt. #197 at section IV(D)(5), paragraphs 89 – 100; and

3. APA claims as to DOL's failure to control for non-response bias, the factual basis for which is laid out in Dkt. #197 at section IV(D)(9), paragraphs 142-149.

JOINT STIPULATION & ORDER
DISMISSING CERTAIN CLAIMS
WITHOUT PREJUDICE - 2

This stipulation is not intended by the parties and may not be construed to displace or supplant any prior ruling of the Court and to the extent that any aspect of any claim listed as withdrawn and dismissed by this stipulation was adjudicated and dismissed pursuant to the Court's order ruling on, *inter alia*, Defendants' cross-motion for partial summary judgment, Dkt. # 127, the Court's prior disposition of the claim as embodied in that order shall control over this stipulation.

The parties agree that the requested order would promote clarity and permit efficiency in merits determination on Plaintiff's remaining claims. Through their respective counsel of record, the parties to this case hereby stipulate and agree that the Court may make and enter an order as set forth below.

**ORDER FOLLOWS BELOW SIGNATURE BLOCK**

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. DATED this 2nd day of March, 2026.

JOINT STIPULATION & ORDER
DISMISSING CERTAIN CLAIMS
WITHOUT PREJUDICE - 3

COLUMBIA LEGAL SERVICES

s/ Andrea Schmitt
ANDREA      SCHMITT,      WSBA
#39759
JOACHIM      MORRISON,      WSBA
#23094
BONNIE      LINVILLE,      WSBA
#49361
*Attorneys for Plaintiff*
E-Mail:
andrea.schmitt@columbialegal.org
joe.morrison@columbialegal.org
bonnie.linville@columbialegal.org


BARNARD  IGLITZIN  &  LAVITT
LLP

s/ Kathleen Barnard
KATHLEEN PHAIR BARNARD
WSBA #17896
*Attorney for Plaintiff*
E-mail: barnard@workerlaw.com

FARMWORKER JUSTICE

s/ Lori Johnson
LORI JOHNSON
North   Carolina   State   Bar   Assn.
#24227
*Attorney for Plaintiff*
E-mail:
ljohnson@farmworkerjustice.org
*Admitted Pro Hac Vice*


EDWARD TUDDENHAM
s/ Edward Tuddenham
New York State Bar #2155810
*Attorney for Plaintiff*
E-mail:
edwardtuddenham@gmail.com
*Admitted Pro Hac Vice*

/s Brian Kipnis

BRIAN KIPNIS
Assistant United States Attorney
*Attorney for Federal Defendants*
E-mail: brian.kipnis@usdoj.gov

JOINT STIPULATION & ORDER
DISMISSING CERTAIN CLAIMS
WITHOUT PREJUDICE - 4

## ORDER

Upon consideration of the Parties' Joint Stipulation set forth above, and based upon the representations and agreements therein, the Court is fully informed and grants the motion.

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED that the following claims are dismissed without prejudice:

1. APA claims as to ESD's general use of "unnecessary and overly complex methodology" to determine numbers of employers and workers in a crop activity, the factual basis for which is laid out in Dkt. #197 (the operative Third Amended and Supplemental Complaint (3AC)) at section IV(D)(3), paragraphs 72-83.
2. The APA facial rule challenge to the "5-Employer Rule," the factual basis for which is laid out in Dkt. #197 at section IV(D)(5), paragraphs 89 – 100; and
3. APA claims as to DOL's failure to control for non-response bias, the factual basis for which is laid out in Dkt. #197 at section IV(D)(9), paragraphs 142-149.

To the extent that any aspect of any claim listed as withdrawn and dismissed by this stipulation was adjudicated and dismissed pursuant to the Court's order ruling on, *inter alia*, Defendants' cross-motion for partial summary judgment, Dkt. # 127, the Court's prior disposition of the claim as embodied in that order shall be controlling.

//
//
//
//
//

JOINT STIPULATION & ORDER
DISMISSING CERTAIN CLAIMS
WITHOUT PREJUDICE - 5

DATED this 2nd day of March, 2026.

John H. Chun
United States District Judge

JOINT STIPULATION & ORDER
DISMISSING CERTAIN CLAIMS
WITHOUT PREJUDICE - 6