IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO, a labor organization

Plaintiff,

v.

UNITED STATES DEPARTMENT OF LABOR, and LORI CHAVEZ-DeREMER, in her official capacity as United States Secretary of Labor,

Defendants.

CASE NO.  C24-0637-JHC

**STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE; ORDER THEREON**

(Note on Motion Calendar for:
   March 10, 2026)

WHEREAS on February 20, 2026, Plaintiff filed a second motion for partial summary judgment (Dkt # 233), which, pursuant to a prior order of this Court (Dkt. # 225), would be ready for adjudication together with an anticipated cross-motion for summary judgment by Defendants on April 17, 2026; and

WHEREAS under the Court' prior order (Dkt # 255) Defendants' opposition and cross-motion must be filed on March 13, 2026, Plaintiff's reply and response to defendants' cross-motion must be filed on April 3, 2026, and Defendants' reply must be filed on April 17, 2026; and

WHEREAS because of obligations required of Defendants' counsel primarily in other lawsuits, he will be unable to file a cross-motion by March 13, 2026, and accordingly has asked Plaintiff to agree to a stipulated request to the Court to alter the briefing schedule; and

STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE;
ORDER THEREON - 1
(Case No. C24-0637-JHC)

WHEREAS Plaintiff seeks to resolve the issues in the abovementioned motion before the next harvest season; and

WHEREAS the parties have agreed on the adjusted briefing schedule set forth in their stipulation below;

NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

Plaintiff's second motion for partial summary judgment (Dkt. # 233) and Defendants' anticipated cross-motion for summary judgment shall both be noted for hearing on April 21, 2026, and the briefing schedule on those motions shall be amended as follows:

    a.    Defendants' Opposition and Cross-Motion for Summary Judgment (limited to 8,400 words) shall be filed no later than Tuesday, March 24, 2026.

    b.    Plaintiff's Reply and Response to Defendants' Cross-Motion for Summary Judgement (limited to 4,200 words) shall be filed no later than April 10, 2026.

    c.    Defendants' Reply Memorandum (limited to 2,100 words) shall be filed no later than April 21, 2026.

    d.    Both Plaintiff's motion for partial summary judgment and Defendants' cross-motion for summary judgment shall be noted for April 21, 2026.

**SO STIPULATED.**

DATED this 10th day of March 2026.

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: brian.kipnis@usdoj.gov

*Attorneys for Defendants*

STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE;
ORDER THEREON - 2
(Case No. C24-0637-JHC)

**S**O **STIPULATED.**

DATED this 10th day of March 2026.

COLUMBIA LEGAL SERVICES

*s/ Andrea Schmitt*
Andrea Schmitt, WSBA #39759
711 Capitol Way S., Ste. 706
Olympia, WA 98501
(360) 943-6260
andrea.schmitt@columbialegal.org

*Attorneys for Plaintiff*

STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE;
ORDER THEREON - 3
(Case No. C24-0637-JHC)

**ORDER**

IT IS SO ORDERED.  The Court DIRECTS the Clerk to note and re-note as set forth above.


DATED this 10th day of March, 2026.



JOHN H. CHUN
United States District Judge

STIPULATION FOR ORDER AMENDING BRIEFING SCHEDULE;
ORDER THEREON - 4
(Case No. C24-0637-JHC)