UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAMILIAS UNIDAS POR LA JUSTICIA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER in her official capacity as United States Secretary of Labor,<br><br>Defendants. | CASE NO. 2:24-cv-00637-JHC<br><br>ORDER RE: PLAINTIFF'S MOTION TO AMEND CASE SCHEDULE TO ALLOW FILING OF AMENDED PROPOSED ORDERS |

This matter comes before the Court on Plaintiff Familias Unidas por la Justicia, AFL-CIO's Motion to Amend Case Schedule to Allow Filing of Amended Proposed Orders. Dkt. # 242. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. For the reasons below, the Court DENIES the motion.

Plaintiff seeks to amend the case schedule to file an amended proposed order to include facts related to Defendants' June 2, 2026 publication of 2023 wage surveys. *See* Dkt. # 242; *see also* Dkt. # 243-6. Plaintiff cites the federal and local civil rules permitting amendment to a scheduling order for good cause, but that rule does not apply here. *See* Dkt. # 242 at 6 (citing

Fed. R. Civ. P. 16(b), LCR 16(b)(6)). The amended proposed order extends relief beyond what is in the briefing on the ripe motions for summary judgment and cross motions for summary judgment before this Court. *See* Dkt. ## 165, 185, 187, 191, 233, 238, 239, 240. This is markedly different than seeking only a modification to the scheduling order that Fed. R. Civ. P. 16(b) and LCR 16(b)(6) contemplate.

Nor does Plaintiff need to seek leave to amend the pleadings, as Defendant argued. *See* Dkt. # 242. Plaintiff says it is not asking the Court to adjudicate the lawfulness of the 2026 publication; instead they say the instant motion relates only to remedies. Dkt. # 247 at 2. Before the instant motion, Plaintiff submitted a Notice of New Facts Relevant to Summary Judgment Remedies, which includes information related to the 2026 publication. *See* Dkt. # 241. This suffices to make the Court aware of the new information, and to the extent the 2026 action affects remedies or becomes relevant, the Court will request supplemental briefing at that time.

For these reasons, the Court DENIES the motion.

Dated this 3rd day of September, 2026.

John H. Chun
United States District Judge